Exhibit 1

Int. Cl.: 12

Prior U.S. Cl.: 19

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 570,186
Registered Feb. 10, 1953
Renewal Term Begins Feb. 10, 1993

TRADEMARK
PRINCIPAL REGISTER

## CHRYSLER

CHRYSLER CORPORATION (DELA-
WARE CORPORATION)
12000 CHRYSLER DRIVE
HIGHLAND PARK, MI 482881118, BY
MERGER AND CHANGE OF NAME
AND MERGER WITH CHRYSLER
CORPORATION (DELAWARE CORPO-
RATION) HIGHLAND PARK, MI

OWNER OF U.S. REG. NOS. 187,901,
272,969 AND 428,619.

SEC. 2(F).

FOR: AUTOMOBILES AND THEIR
STRUCTURAL PARTS, IN CLASS 19
(INT. CL. 12).

FIRST USE 1-1-1924; IN COMMERCE
1-1-1924.

SER. NO. 71–611,402, FILED 3–16–1951.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Feb. 2, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered Feb. 10, 1953



Registration No. 570,186

## PRINCIPAL REGISTER
### Trade-Mark

# UNITED STATES PATENT OFFICE

Chrysler Corporation, Highland Park, Mich.

Act of 1946

Application March 16, 1951, Serial No. 611,402

# CHRYSLER

## STATEMENT

Chrysler Corporation, a corporation duly organized under the laws of the State of Delaware, located at Highland Park, Michigan, and doing business at 341 Massachusetts Avenue, Highland Park, Michigan, has adopted and is using the trade-mark shown in the accompanying drawing, for AUTOMOBILES AND THEIR STRUCTURAL PARTS, in Class 19, Vehicles, and presents herewith five facsimiles showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to the goods, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with section 2(f) of the act of July 5, 1946.

The trade-mark was first used on January 1, 1924, and first used in commerce among the several States which may lawfully be regulated by Congress on January 1, 1924.

The claim of distinctiveness is based on substantially exclusive and continuous use of the mark by the applicant for the period of five years next preceding the filing of the application, in commerce which may lawfully be regulated by Congress.

The undersigned is the owner of United States Trade-mark Registrations No. 187,901 of August 12, 1924, No. 272,969 of July 15, 1930, and No. 428,619 of March 25, 1947.

CHRYSLER CORPORATION,
By K. M. EYESTONE,
*Assistant Secretary.*



## United States Patent and Trademark Office

Reg. No. 1,193,586
Registered Apr. 13, 1982

## TRADEMARK
### Principal Register

# PLYMOUTH

Chrysler Corporation (Delaware corporation)
12000 Lynn Townsend Dr.
Highland Park, Mich. 48230

For: TRUCKS AND VANS AND STRUCTUR-
AL PARTS THEREFOR, in CLASS 12 (U.S. Cl.
19).

First use Jun. 1928; in commerce Jun. 1928.

Owner of U.S. Reg. Nos. 290,320 and 982,282.

Ser. No. 313,838, filed Jun. 8, 1981.

SIDNEY I. MOSKOWITZ, Primary Examiner

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

United States Patent and Trademark Office

Reg. No. 2,861,480
Registered July 6, 2004

## TRADEMARK
### PRINCIPAL REGISTER

**300C**

DAIMLERCHRYSLER CORPORATION (DELA-WARE CORPORATION)
1000 CHRYSLER DRIVE
CIMS 483-02-19
AUBURN HILLS, MI 48326

  FOR: MOTOR VEHICLES, NAMELY, AUTOMO-BILES AND THEIR STRUCTURAL PARTS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-5-2004; IN COMMERCE 1-5-2004.

OWNER OF U.S. REG. NO. 2,362,025.

SN 78-187,511, FILED 11-21-2002.

GINA HAYES, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,941,344**

**Registered Apr. 5, 2011**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHRYSLER GROUP LLC (DELAWARE LIMITED LIABILITY COMPANY)
CIMS 485-13-32
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: PASSENGER MOTOR VEHICLES, NAMELY, AUTOMOBILES AND VANS, AND STRUCTURAL PARTS, ENGINES AND BADGES THEREFORE, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 11-0-2010; IN COMMERCE 11-0-2010.

OWNER OF U.S. REG. NO. 2,357,408.

THE MARK CONSISTS OF THE WORD "CHRYSLER" AND WING DESIGN.

SN 77-773,411, FILED 7-2-2009.

JAMES STEIN, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

## PRINCIPAL REGISTER
### Trademark

Ser. No. 214,613, filed Mar. 22, 1965



Chrysler Corporation (Delaware corporation)
P.O. Box 1919
Detroit, Mich.

For: MOTOR VEHICLES SUCH AS AUTOMO-
BILES, TRUCKS, BUSES, AND THE LIKE, AND
THEIR STRUCTURAL PARTS, in CLASS 19.
First use at least as early as September 1962; in com-
merce at least as early as November 1962.

P. S. BALL, *Examiner.*

Int. Cl.: 12

Prior U.S. Cl.: 19

United States Patent and Trademark Office

Reg. No. 1,189,233
Registered Feb. 9, 1982

## TRADEMARK
### Principal Register

# DODGE

Chrysler Corporation (Delaware corporation)
12000 Lynn Townsend Dr.
Highland Park, Mich. 48203

For: TRUCKS AND STRUCTURAL PARTS THEREFORE, in CLASS 12 (U.S. Cl. 19).

First use Jun. 1917; in commerce Jun. 1917.

Owner of U.S. Reg. Nos. 364,669, 569,431 and 984,533.

Ser. No. 304,566, filed Apr. 6, 1981.

SIDNEY I. MOSKOWITZ, Primary Examiner

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

United States Patent and Trademark Office

Reg. No. 3,538,635
Registered Nov. 25, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# CHALLENGER

CHRYSLER LLC (DELAWARE LIMITED LIABI-
LITY COMPANY)
1000 CHRYSLER DRIVE
CIMS 483-02-19
AUBURN HILLS, MI 48326

　FOR: AUTOMOBILES AND STRUCTURAL
PARTS AND ENGINES THEREFOR, IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

　FIRST USE 6-2-2008; IN COMMERCE 6-2-2008.

　THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

　SN 78-607,238, FILED 4-12-2005.

KIMBERLY PERRY, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

Reg. No. 2,985,653

# United States Patent and Trademark Office

Registered Aug. 16, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# CHARGER

DAIMLERCHRYSLER CORPORATION (DELA-WARE CORPORATION)
1000 CHRYSLER DRIVE
CIMS 483-02-19
AUBURN HILLS, MI 483262766

FOR: MOTOR VEHICLES, NAMELY AUTOMO-BILES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 4-30-2005; IN COMMERCE 4-30-2005.

SN 76-061,938, FILED 6-2-2000.

MATTHEW PAPPAS, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

## United States Patent and Trademark Office

Reg. No. 1,800,654
Registered Oct. 26, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## VIPER

CHRYSLER CORPORATION (DELAWARE CORPORATION)
12000 CHRYSLER DRIVE
HIGHLAND PARK, MI 48288

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CL. 19).

FIRST USE 1–2–1989; IN COMMERCE 1–7–1989.

OWNER OF U.S. REG. NO. 1,590,771.

SER. NO. 74–159,920, FILED 4–23–1991.

CHRISIE B. KING, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# DART

**Reg. No. 4,325,240**

**Registered Apr. 23, 2013**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHRYSLER GROUP LLC (DELAWARE LIMITED LIABILITY COMPANY)
CIMS 485-13-32
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: MOTOR VEHICLES, NAMELY, PASSENGER AUTOMOBILES, THEIR STRUCTURAL PARTS, TRIM AND BADGES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 6-0-2012; IN COMMERCE 6-0-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-453,262, FILED 10-21-2011.

MICHAEL KEATING, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

```
┌─────────────────────────────────────────────────────────────┐
│           REQUIREMENTS TO MAINTAIN YOUR FEDERAL               │
│                 TRADEMARK REGISTRATION                        │
│                                                               │
│   WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE │
│        DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.     │
└─────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

```
┌─────────────────────────────────────────────────────────────┐
│   The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or │
│              reminder of these filing requirements.          │
└─────────────────────────────────────────────────────────────┘
```

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# SCAT PACK

**Reg. No. 5,839,879**

**Registered Aug. 20, 2019**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

FCA US LLC  (DELAWARE LIMITED LIABILITY COMPANY)
1000 Chrysler Drive
Cims 485-13-32
Auburn Hills, MICHIGAN 48326

CLASS 12: Motor vehicles, namely, passenger automobiles, their structural parts, trim and badges

FIRST USE 00-00-1967; IN COMMERCE 8-28-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-048,726, FILED 08-27-2013



Director of the United States
Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 3,264,572

Registered July 17, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# SUPER BEE

DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
CIMS 483-02-19
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: BADGE FOR VEHICLES, IN CLASS 12 (U.S.
CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-0-1969; IN COMMERCE 12-0-1969.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SEC. 2(F).

SER. NO. 78-833,351, FILED 3-9-2006.

DOMINIC FATHY, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 3,098,722
Registered May 30, 2006

## TRADEMARK
### PRINCIPAL REGISTER

## SRT

DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
1000 CHRYSLER DRIVE
CIMS 483-02-19
AUBURN HILLS, MI 48326

FOR: MOTOR VEHICLES, NAMELY, PASSEN-
GER CARS, AND STRUCTURAL PARTS AND EN-
GINES THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23,
31, 35 AND 44).

FIRST USE 9-30-2005; IN COMMERCE 9-30-2005.

SN 78-102,173, FILED 1-11-2002.

TRICIA SONNEBORN, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

United States Patent and Trademark Office

Reg. No. 3,209,150
Registered Feb. 13, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# R/T

DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
CIMS 483-02-19
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: LAND VEHICLES, IN CLASS 12 (U.S. CLS.
19, 21, 23, 31, 35 AND 44).

FIRST USE 8-0-1966; IN COMMERCE 8-0-1966.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,590,771, 2,362,584,
AND 2,475,380.

SER. NO. 78-874,237, FILED 5-2-2006.

LINDA LAVACHE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

United States Patent and Trademark Office

Reg. No. 2,999,082

Registered Sep. 20, 2005

## TRADEMARK
### PRINCIPAL REGISTER



DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
CIMS 483-02-19
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: AUTOMOBILES, TRUCKS, SPORT UTILITY
VEHICLES, VANS AND MINIVANS, AND STRUC-
TURAL PARTS AND ENGINES THEREFOR, IN
CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 7-12-2004, THE MARK WAS FIRST
USED ANYWHERE IN A DIFFERENT FORM
OTHER THAN THAT SOUGHT TO BE
REGISTERED ON 09/00/1988.; IN COMMERCE

7-12-2004, THE MARK WAS FIRST USED IN
COMMERCE IN A DIFFERENT FORM OTHER
THAN THAT SOUGHT TO BE REGISTERED ON
09/00/1988..

OWNER OF U.S. REG. NO. 1,762,717.

THE MARK CONSISTS OF A RAM'S HEAD
WITHIN A SHIELD.

SN 78-332,272, FILED 11-24-2003.

PAUL F. GAST, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,382,204**

**Registered Jan. 16, 2018**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

FCA US LLC (DELAWARE LIMITED LIABILITY COMPANY)
Cims 483-02-19
1000 Chrysler Drive
Auburn Hills, MICHIGAN 48326

CLASS 12: Motor vehicles, namely, passenger automobiles, their structural parts, trim and badges

FIRST USE 11-13-2017; IN COMMERCE 11-13-2017

The mark consists of the profile of a devil with an open mouth baring teeth.

SER. NO. 87-299,147, FILED 01-12-2017

*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,831,385**

**Registered Oct. 13, 2015**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

FCA US LLC (DELAWARE LIMITED LIABILITY COMPANY)
CIMS 485-13-32
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: MOTOR VEHICLES, NAMELY, PASSENGER AUTOMOBILES, THEIR STRUCTURAL
PARTS, TRIM AND BADGES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 9-0-2014; IN COMMERCE 9-0-2014.

THE MARK CONSISTS OF THE PROFILE OF A CAT WITH AN OPEN MOUTH BARING
TEETH.

SER. NO. 86-554,495, FILED 3-5-2015.

ANDREA HACK, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

<div style="border:1px solid black; text-align:center;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,696,903**
**Registered Mar. 3, 2015**
**Int. Cls.: 12 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

FCA US LLC (DELAWARE LIMITED LIABILITY COMPANY)
1000 CHRYSLER DRIVE
CIMS 485-13-32
AUBURN HILLS, MI 48326

FOR: BADGES FOR VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 8-0-2014; IN COMMERCE 8-0-2014.

FOR: T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-2013; IN COMMERCE 11-0-2013.

OWNER OF U.S. REG. NOS. 3,030,313 AND 3,264,573.

THE MARK CONSISTS OF A STYLIZED DESIGN OF A BEE WITH A MOTOR VEHICLE ENGINE SHOWING ON THE SIDE OF THE BEE AND TIRES ON THE UNDERSIDE OF THE BEE.

SN 86-109,750, FILED 11-4-2013.

VIVIAN MICZNIK FIRST, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

<div style="border: 1px solid black;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 3,264,573
Registered July 17, 2007

# TRADEMARK
## PRINCIPAL REGISTER



DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
CIMS 483-02-19
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

    FOR: BADGE FOR VEHICLES, IN CLASS 12 (U.S.
CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-0-1969; IN COMMERCE 12-0-1969.

SEC. 2(F).

SER. NO. 78-833,423, FILED 3-9-2006.

DOMINIC FATHY, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 2,760,226
Registered Sep. 2, 2003

## TRADEMARK
### PRINCIPAL REGISTER



DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
1000 CHRYSLER DRIVE EAST CIMS 483-02-19
AUBURN HILLS, MI 48326

FOR: MOTOR VEHICLES, NAMELY, AUTOMO-
BILES AND STRUCTURAL PARTS THEREOF, IN
CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-7-2002; IN COMMERCE 9-27-2002.

THE MARK CONSISTS OF SHIELD DESIGN
SURROUNDING DEPICTION OF A "SNAKE
HEAD".

SN 78-046,779, FILED 2-6-2001.

TRICIA THOMPKINS, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

United States Patent and Trademark Office

Reg. No. 2,994,818
Registered Sep. 13, 2005

# TRADEMARK
## PRINCIPAL REGISTER



DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
CIMS 483-02-19
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: AUTOMOBILES, NAMELY SPORT UTILITY
VEHICLES, AND STRUCTURAL PARTS THERE-
FOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 9-0-2003; IN COMMERCE 11-15-2003.

OWNER OF U.S. REG. NO. 2,593,670.

THE MARK CONSISTS OF THE MARK CONSISTS
OF A MOTOR VEHICLE GRILLE DESIGN.

SER. NO. 78-433,927, FILED 6-11-2004.

TIMOTHY FINNEGAN, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

United States Patent and Trademark Office

Reg. No. 3,053,379
Registered Jan. 31, 2006

# TRADEMARK
## PRINCIPAL REGISTER



DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
CIMS 483-02-19
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: MOTOR VEHICLES, NAMELY PASSENGER
CARS, AND THEIR STRUCTURAL PARTS, IN
CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-2-2003; IN COMMERCE 4-26-2004.

OWNER OF U.S. REG. NO. 2,593,670.

THE MARK CONSISTS OF A THREE DIMEN-
SIONAL CONFIGURATION OF THE FRONT
GRILLE OF A MOTOR VEHICLE, COMPRISING
HORIZONTAL AND VERTICAL INTERSECTING
BARS.

SEC. 2(F).

SER. NO. 78-435,351, FILED 6-15-2004.

LA TONIA FISHER, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 23

United States Patent and Trademark Office

Reg. No. 1,741,153
Registered Dec. 22, 1992

## TRADEMARK
### PRINCIPAL REGISTER

# HEMI

CHRYSLER CORPORATION (DELAWARE CORPORATION)
12000 CHRYSLER DRIVE
HIGHLAND PARK, MI 48288

FOR: AUTOMOTIVE VEHICLES; NAMELY, AUTOMOBILES AND/OR TRUCKS, AND ENGINES FOR AUTOMOBILES AND/OR TRUCKS, IN CLASS 12 (U.S. CL. 23).

FIRST USE 2-0-1966; IN COMMERCE 2-0-1966.

SEC. 2(F).

SER. NO. 74-155,047, FILED 4-8-1991.

SAMUEL E. SHARPER JR., EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

United States Patent and Trademark Office

Reg. No. 3,018,766
Registered Nov. 22, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# HEMI

DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
CIMS 483-02-19
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: TOYS, NAMELY FIGURINES AND BOB-
BLE-HEADS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND
50).

FIRST USE 1-0-2005; IN COMMERCE 1-0-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,741,153.

SN 78-450,977, FILED 7-15-2004.

ROBERT LORENZO, EXAMINING ATTORNEY

Int. Cls.: 6, 7, 9, 11 and 12

Prior U.S. Cls.: 2, 12, 13, 14, 19, 21, 23, 25, 26, 31, 34, 35, 36, 38, 44 and 50

United States Patent and Trademark Office

Reg. No. 2,994,481
Registered Sep. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# MOPAR

DAIMLERCHRYSLER CORPORATION (DELAWARE CORPORATION)
CIMS 483-02-19
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: INSULATED NON-ELECTRIC CABLES FOR MOTOR VEHICLES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 8-31-1937; IN COMMERCE 8-31-1937.

FOR: INSULATED IGNITION WIRES FOR MOTOR VEHICLES; ELECTRONIC IGNITIONS FOR MOTOR VEHICLES, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 8-31-1937; IN COMMERCE 8-31-1937.

FOR: ELECTRIC CIGARETTE LIGHTERS FOR MOTOR VEHICLES; MOTOR VEHICLE RADIO RECEIVERS; BATTERIES FOR VEHICLES; INSULATED ELECTRIC WIRES FOR MOTOR VEHICLES; INSULATED MOTOR VEHICLE BATTERY, ELECTRIC AND POWER CABLES; INSULATED MOTOR VEHICLE CABLES FOR OPTICAL SIGNAL TRANSMISSION; DIFFERENTIAL AND POWER SWITCHES FOR MOTOR VEHICLES; EMERGENCY WARNING LIGHTS AND EMERGENCY SIGNAL

TRANSMITTERS FOR MOTOR VEHICLES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-31-1937; IN COMMERCE 8-31-1937.

FOR: ELECTRICAL LAMPS FOR MOTOR VEHICLES; ELECTRIC FANS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 8-31-1937; IN COMMERCE 8-31-1937.

FOR: ELECTRIC HORNS FOR MOTOR VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 8-31-1937; IN COMMERCE 8-31-1937.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 363,794, 538,078 AND OTHERS.

SEC. 2(F).

SER. NO. 78-357,444, FILED 1-26-2004.

IRA J. GOODSAID, EXAMINING ATTORNEY

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31 and 34

United States Patent and Trademark Office

Reg. No. 2,983,053
Registered Aug. 9, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# MOPAR

DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
CIMS 483-02-19
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: HOT WATER HEATER UNITS AND PARTS
THEREOF, NAMELY, HEAT EXCHANGERS, FANS,
BLOWERS, DISTRIBUTORS, DIFFUSERS AND
MANUAL CONTROLS SOLD AS A UNIT , IN CLASS
11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 8-31-1937; IN COMMERCE 8-31-1937.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 363,794, 380,217 AND
OTHERS.

SER. NO. 78-357,407, FILED 1-26-2004.

BRIDGETT SMITH, EXAMINING ATTORNEY

Registered December 3, 1940                    Registration No. 383,304

<center>Chrysler Corporation</center>

Application to amend having been made by Chrysler Corporation, owner of the registration above identified, the drawing is amended to appear as follows:



Such amendment has been entered upon the records of the Patent and Trademark Office and the said original registration should be read as so amended.

Signed and sealed this 29th day of March 1983.

[SEAL]

Attest:
JANIE COOKSEY,
*Attesting Officer.*

GERALD J. MOSSINGHOFF,
*Commissioner of Patents and Trademarks.*

Property of the U. S. Patent Office.
Not to be taken from the Files.

# UNITED STATES PATENT OFFICE

### Chrysler Corporation, Highland Park, Mich.

#### Act of February 20, 1905

##### Application October 28, 1939, Serial No. 424,993

# MoPAR

## STATEMENT

*To the Commissioner of Patents:*

Chrysler Corporation, a corporation duly organized under the laws of the State of Delaware and located at Highland Park, Michigan, and doing business at 341 Massachusetts Avenue, Highland Park, Michigan, has adopted and used the trade-mark shown in the accompanying drawing, for VEHICLE BODY SUN VISORS, GRILLE COVERS AND SCREENS, SEAT COVERS, ARM RESTS, RUNNING BOARD MOLDINGS, VEHICLE REAR VIEW MIRRORS, STONE DEFLECTORS, STEERING WHEELS, WHEEL DISCS, WHEEL SHIELDS, WHEEL TRIM RINGS, WINDSHIELD WIPERS, WINDSHIELD WIPER BLADES, SPARE TIRE VALVE EXTENSIONS, BUMPER GUARDS, LICENSE TRIM FRAME, BRAKES AND PARTS THEREOF, VEHICLE AXLE ASSEMBLIES, VEHICLE AXLE HOUSINGS, AND STEERING APPARATUS AND PARTS THEREOF, INCLUDING TIE RODS AND DRAG LINKS, in Class 19, Vehicles, not including engines, and presents herewith five facsimiles showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905. The trade-mark has been continuously used and applied to said goods in applicant's business since August 31, 1937. The trade-mark is applied or affixed to the goods or containers therefor by placing a label or like part thereon upon which the mark is shown or by imprinting the same thereon.

The undersigned hereby appoints Harness, Lind, Patee & Harris, a firm composed of J. King Harness, Frederick A. Lind, LaRue W. Patee, Robert E. Harris and William W. Harris, % Chrysler Corporation, Detroit, Michigan, its attorneys to prosecute this application for registration, with full power of substitution and revocation, and to make alterations and amendments therein, to receive the certificate, and to transact all business in the Patent Office connected therewith.

CHRYSLER CORPORATION,
By R. P. FOHEY,
Secretary.

Int. Cls.: 1, 2, 3, 4, 7, 9, 12, 35, 37, and 41

Prior U.S. Cls.: 1, 4, 5, 6, 10, 11, 13, 15, 16, 19, 21, 23, 26, 31, 34, 35, 36, 38, 44, 46, 50, 51, 52, 100, 101, 102, 103, 106, and 107

Reg. No. 2,919,922

# United States Patent and Trademark Office

Registered Jan. 18, 2005

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



DAIMLERCHRYSLER CORPORATION (DELA-WARE CORPORATION)
1000 CHRYSLER DRIVE, CIMS 483-02-19
AUBURN HILLS, MI 48326

FOR: ANTIFREEZE; LEAK SEALANTS FOR AUTOMOBILE BRAKE SYSTEMS, COOLING SYSTEMS, AND POWER STEERING SYSTEMS; AUTOMOBILE GASKET CEMENT; AND AUTOMOTIVE HYDRAULIC FLUIDS, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 11-0-2002, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 08/31/1937.; IN COMMERCE 7-0-2003, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 08/31/1937..

FOR: VEHICLE CORROSION INHIBITING PREPARATIONS, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FIRST USE 11-0-2002, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 08/31/1937.; IN COMMERCE 7-0-2003, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 08/31/1937..

FOR: WAX, PASTE AND LIQUID PREPARATIONS FOR CLEANING, POLISHING AND PRESERVING PAINTED, VARNISHED, OR FINISHED METALLIC SURFACES; FABRIC CLEANERS, GLASS CLEANERS, AND AUTOMOBILE TOP PRESERVATION PREPARATIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 11-0-2002, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 08/31/1937.; IN COMMERCE 7-0-2003, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 08/31/1937..

FOR: AUTOMOTIVE LUBRICANTS AND MOTOR AND FUEL OILS, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 11-0-2002, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 08/31/1937.; IN COMMERCE 3-0-2004, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 08/31/1937..

FOR: CRANKSHAFTS, CRANKSHAFT BEARINGS, AND CRANKSHAFT CONNECTING RODS FOR INTERNAL COMBUSTION ENGINES; LAND

VEHICLE PARTS, NAMELY, AIR CLEANERS, OIL AND FUEL FILTERS, ENGINE MUFFLERS, EXHAUST PIPES, ENGINE ROLLER AND BALL BEARINGS, CARBURETORS, FUEL INJECTORS, FUEL PUMPS, VEHICLE RADIATOR CONNECTING HOSES, GASKETS FOR INTERNAL COMBUSTION ENGINES, MECHANICAL SEALS, PISTON RINGS AND ENGINE RODS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 11-0-2002, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 08/31/1937.; IN COMMERCE 7-0-2004, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 08/31/1937..

FOR: AUTOMOTIVE FUEL AND OIL GAUGES, BATTERIES FOR MOTOR VEHICLES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-2002, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 08/31/1937.; IN COMMERCE 3-0-2003, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 08/31/1937..

FOR: MOTOR VEHICLE ENGINES; LAND VEHICLE PARTS, NAMELY, DIFFERENTIAL GEARS AND PINIONS, AXLE HOUSINGS AND AXLE ASSEMBLIES, UNIVERSAL JOINTS, DRIVE GEARS, WINDSHIELD VISORS, GRILLES, SEAT COVERS, ARM RESTS, RUNNING BOARD MOLDINGS, REAR VIEW MIRRORS, STONE DEFLECTORS, STEERING WHEELS, WINDSHIELD WIPERS AND BLADES, SPARE TIRE VALVE EXTENSIONS, BUMPER GUARDS, LICENSE PLATE FRAMES; BRAKES FOR LAND VEHICLES AND BRAKE PARTS, NAMELY, LININGS, DRUMS AND SHOES; DRIVE BELTS AND TRANSMISSION BELTS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 11-0-2002, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 08/31/1937.; IN COMMERCE 11-0-2003, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 08/31/1937..

FOR: RETAIL AUTOMOBILE PARTS AND ACCESSORIES STORES; AUTOMOBILE DEALERSHIPS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-0-2002, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 08/31/1937.; IN COMMERCE 6-0-2003, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 08/31/1937..

FOR: AUTOMOBILE BODY CLEANING, REPAIR AND FINISHING SERVICES FOR OTHERS; AUTOMOBILE REPAIR AND MAINTENANCE SERVICES; AND INSTALLATION AND REPAIR OF MOTOR VEHICLE TIRES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 11-0-2002, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 08/31/1937.; IN COMMERCE 7-0-2003, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 08/31/1937..

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF AUTOMOBILE RACING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-0-2002, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 08/31/1937.; IN COMMERCE 6-28-2003, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED ON 08/31/1937..

OWNER OF U.S. REG. NOS. 363,794, 538,078, AND OTHERS.

THE MARK CONSISTS OF, IN PART, A STYLIZED LETTER "M".

SN 78-230,315, FILED 3-26-2003.

MARTHA FROMM, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# RAM

**Reg. No. 3,806,969**

**Registered June 22, 2010**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHRYSLER GROUP LLC (DELAWARE LIMITED LIABILITY COMPANY)
CIMS 485-13-32
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: MOTOR VEHICLES, NAMELY, PASSENGER AUTOMOBILES, THEIR STRUCTURAL PARTS, TRIM AND BADGES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 7-0-1979; IN COMMERCE 7-0-1979.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,169,189, 3,236,959, AND 3,236,961.

SER. NO. 77-875,412, FILED 11-18-2009.

KEVIN DINALLO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 3,071,692

Registered Mar. 21, 2006

## TRADEMARK
### PRINCIPAL REGISTER

## BIG HORN

DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
1000 CHRYSLER DRIVE
CIMS 483-02-19
AUBURN HILLS, MI 48326

FOR: MOTOR VEHICLES, NAMELY, PICKUP
TRUCKS AND STRUCTURAL PARTS THEREFOR,
IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-0-2003; IN COMMERCE 12-0-2003.

SN 78-196,308, FILED 12-19-2002.

TONI HICKEY, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

Reg. No. 1,973,148

United States Patent and Trademark Office Registered May 7, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## LARAMIE

CHRYSLER MOTORS CORPORATION (DELA-
WARE CORPORATION)
12000 CHRYSLER DRIVE
HIGHLAND PARK, MI 48288

FOR: MOTOR VEHICLES AND STRUCTUR-
AL PARTS THEREFOR, IN CLASS 12 (U.S. CL.
19).

FIRST USE 8-0-1993; IN COMMERCE
8-0-1993.

SN 74-013,867, FILED 12-26-1989.

R. G. COLE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# REBEL

Reg. No. 4,946,811

Registered Apr. 26, 2016

Int. Cl.: 12

TRADEMARK

PRINCIPAL REGISTER

FCA US LLC (DELAWARE LIMITED LIABILITY COMPANY)
1000 CHRYSLER DRIVE
CIMS 485-13-32
AUBURN HILLS, MI 48326

FOR: PASSENGER AUTOMOBILES, NAMELY, TRUCKS AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 6-0-2015; IN COMMERCE 6-0-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-253,946, FILED 4-16-2014.

SAMUEL E. SHARPER JR., EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

>*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

>*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

>You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# TRX

**Reg. No. 6,289,815**

**Registered Mar. 09, 2021**

**Int. Cl.: 12**

**Trademark**

**Principal Register**

FCA US LLC  (DELAWARE LIMITED LIABILITY COMPANY)
Cims 483-02-19
1000 Chrysler Drive
Auburn Hills, MICHIGAN 48326

CLASS 12: Motor vehicles, namely, trucks, excluding all terrain vehicles; and structural parts for motor vehicles, excluding tires

FIRST USE 1-00-2021; IN COMMERCE 1-00-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5408428

SER. NO. 87-947,359, FILED 06-04-2018







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

# REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# TRADEMARK
## PRINCIPAL REGISTER



DAIMLERCHRYSLER CORPORATION (DELA-WARE CORPORATION)
CIMS 483-02-19
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: MOTOR VEHICLES, NAMELY PICKUP TRUCKS, AND THEIR STRUCTURAL PARTS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 9-1-2004; IN COMMERCE 9-1-2004.

OWNER OF U.S. REG. NO. 2,593,670.

THE MARK CONSISTS OF MOTOR VEHICLE GRILLE DESIGN.

SEC. 2(F).

SN 78-435,343, FILED 6-15-2004.

TIMOTHY FINNEGAN, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

United States Patent and Trademark Office

Reg. No. 2,970,629

Registered July 19, 2005

## TRADEMARK
### PRINCIPAL REGISTER



DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
CIMS 483-02-19
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: MOTOR VEHICLES, NAMELY PICKUP
TRUCKS, AND THEIR STRUCTURAL PARTS, IN
CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 2-6-2001; IN COMMERCE 9-0-2001.

OWNER OF U.S. REG. NO. 2,593,670.

THE MARK CONSISTS OF MOTOR VEHICLE
GRILLE DESIGN.

SEC. 2(F).

SER. NO. 78-435,338, FILED 6-15-2004.

TIMOTHY FINNEGAN, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

United States Patent and Trademark Office

Reg. No. 2,593,670
Registered July 16, 2002

# TRADEMARK
## PRINCIPAL REGISTER



DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 483262766

FOR: TRUCKS AND THEIR STRUCTURAL
PARTS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35
AND 44).

FIRST USE 1-0-1993; IN COMMERCE 9-0-1993.

THE MARK IS A CONFIGURATION OF A VEHI-
CLE GRILLE.

SEC. 2(F).

SER. NO. 76-062,189, FILED 6-2-2000.

BRADLEY BAYAT, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 526,175

Registered June 13, 1950

Renewal Approved Aug. 9, 1990

## TRADEMARK
## PRINCIPAL REGISTER

# JEEP

CHRYSLER CORPORATION (DELA-
WARE CORPORATION)
12000 CHRYSLER DRIVE
HIGHLAND PARK, MI 48203, ASSIGNEE
BY ASSIGNMENT. MERGER AND
CHANGE OF NAME WILLYS-OVER-
LAND MOTORS, INC. (DELAWARE
CORPORATION) TOLEDO, OH

SEC. 2(F).

FOR: AUTOMOBILES AND STRUC-
TURAL PARTS THEREOF, IN CLASS 19
(INT. CL. 12).

FIRST USE 11–20–1940; IN COMMERCE
2–5–1943.

SER. NO. 71–458,520, FILED 2–13–1943.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Sep. 18, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS


## PRINCIPAL REGISTER
### Trade-Mark

# UNITED STATES PATENT OFFICE

**Willys-Overland Motors, Inc., Toledo, Ohio**

### Act of 1946

Original filed, act of 1905, February 13, 1943;
amended to application under act of 1946, Principal Register, December 10, 1948, Serial No.
458,520



**(Statement)**

Willys-Overland Motors, Inc., a corporation duly organized under the laws of the State of Delaware and located in the city of Toledo, county of Lucas, and State of Ohio, and doing business at Wolcott Boulevard, in said city, has adopted and used the trade-mark shown in the accompanying drawing, for AUTOMOBILES AND STRUCTURAL PARTS THEREOF, in Class 19, Vehicles, and presents herewith five (5) facsimiles showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to the goods by stamping, stenciling, etching, embossing, recessing or printing the same in the front and rear bumpers, in the forward portion of the vehicle hood, on the instrument panel, on the horn button, on the structural parts and accessories, and on the cartons or containers therefor, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with section 2(f) of the act of July 5, 1946. The claim of distinctiveness is based on the allegation of substantially exclusive and continuous use included in the accompanying declaration and on additional evidence separately submitted.

The trade-mark was first used about November 20, 1940, and first used in commerce among the several States which may lawfully be regulated by Congress on February 5, 1943.

**(Declaration)**

Milton McCreery, being duly sworn, deposes and says that he is the secretary of Willys-Overland Motors, Inc., the applicant named in the foregoing statement; that he believes that said corporation is the owner of the trade-mark which is in use in commerce among the several States and with foreign nations, and that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use such trade-mark in commerce, which may lawfully be regulated by commerce, either in the identical form thereof, or in such near resemblance thereto as might be calculated to deceive; that the drawing and description in said application truly represent the trade-mark sought to be registered; that the facsimiles show the trade-mark as actually used in connection with the goods; that the facts set forth in the statement are true, and that a claim of distinctiveness is based on substantially exclusive and continuous use of the mark by the applicant for the period of five years next preceding the filing of the application in commerce which may lawfully be regulated by Congress.

WILLYS-OVERLAND MOTORS, INC.,
By MILTON McCREERY,
*Secretary.*

155

Int. Cl.: 25

U.S. Cl.: 39

Reg. No. 1,130,015

**U.S. Patent and Trademark Office**          Reg. Jan. 29, 1980

## TRADEMARK
### Principal Register

## JEEP

Jeep Corporation (Nevada corporation)
American Ctr.
27777 Franklin Rd.
Southfield, Mich. 48034

For: Clothing—Namely, Trousers, Jackets, Blazers, Rain Wear, Head Wear, T-Shirts, Sweat Suits, Warm-Up Suits, Sweaters, Coats, Gloves, Hoods, and Scarves —in Class 25. (U.S. Cl. 39).

First use Mar. 29, 1974; in commerce Mar. 29, 1974.

Owner of U.S. Reg. Nos. 526,175, 1,025,450 and others.

Ser. No. 179,494. Filed July 24, 1978.

CHARLES J. CONDRO, Examiner

Int. Cl.: 21

U.S. Cl.: 2

Reg. No. 1,134,153

U.S. Patent and Trademark Office          Reg. Apr. 29, 1980

## TRADEMARK
### Principal Register

# JEEP

Jeep Corporation (Nevada corporation)
American Center
27777 Franklin Rd.
Southfield, Mich. 48034

For: Small Domestic Utensils and Containers (Not of Precious Metals, or Coated Therewith); Combs and Sponges; Brushes (Other Than Paint Brushes); Instruments and Material for Cleaning Purposes; Glassware, Porcelain and Earthenware, Not Included in Other Classes —in Class 21. (U.S. Cl. 2).

First use Mar. 29, 1974; in commerce Mar. 29, 1974.

Owner of U.S. Reg. Nos. 1,081,322, 526,175 and others.

Ser. No. 180,458. Filed July 31, 1978.

PAUL FAHRENKOPF, Examiner

Int. Cl.: 28

Prior U.S. Cl.: 22

# United States Patent and Trademark Office

Reg. No. 1,236,540
Registered May 3, 1983

## TRADEMARK
Principal Register

## JEEP

Jeep Corporation (Nevada corporation)
American Center
27777 Franklin Rd.
Southfield, Mich. 48034

For: TOYS—NAMELY, MODEL REPLICAS OF LAND VEHICLES, in CLASS 28 (U.S. Cl. 22).
    First use 1979; in commerce 1979.
    Owner of U.S. Reg. Nos. 526,175, 1,134,153 and others.

    Ser. No. 371,202, filed Jun. 23, 1982.

SUSAN A. RICHARDS, Examining Attorney

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

Reg. No. 2,512,866

# United States Patent and Trademark Office

Registered Nov. 27, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## JEEP

DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: HOUSEHOLD CONTAINERS, NAMELY,
MUGS AND INSULATED CONTAINERS FOR BEV-
ERAGES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40
AND 50).

FIRST USE 3-0-1998; IN COMMERCE 3-0-1998.

OWNER OF U.S. REG. NOS. 526,175, 2,355,138 AND
OTHERS.

SER. NO. 78-045,802, FILED 1-31-2001.

ARETHA MASTERSON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,849,309

United States Patent and Trademark Office

Registered June 1, 2004

## TRADEMARK
### PRINCIPAL REGISTER

# JEEP

DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: FOOTWEAR, NAMELY, BOOTS, IN CLASS
25 (U.S. CLS. 22 AND 39).

FIRST USE 8-25-2003; IN COMMERCE 8-25-2003.

OWNER OF U.S. REG. NOS. 1,081,322, 2,512,866,
AND OTHERS.

SN 78-135,481, FILED 6-13-2002.

TONJA GASKINS, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# JEEP

**Reg. No. 4,091,155**

**Registered Jan. 24, 2012**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHRYSLER GROUP LLC (DELAWARE LIMITED LIABILITY COMPANY)
CIMS 485-13-32
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: BACKPACKS; LUGGAGE, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-0-1993; IN COMMERCE 9-0-1993.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 526,175, 2,586,284 AND OTHERS.

SER. NO. 85-397,814, FILED 8-15-2011.

ODESSA BIBBINS, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> **First Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> **Second Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Int. Cl.: 12

Prior U.S. Cl.: 19

## United States Patent and Trademark Office

Reg. No. 1,557,843

Registered Sep. 26, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## WRANGLER

JEEP CORPORATION (NEVADA CORPORA-
  TION)
27777 FRANKLIN RD.
SOUTHFIELD, MI 48034

FOR: AUTOMOBILES, IN CLASS 12 (U.S. CL.
19).

FIRST USE 1–30–1985; IN COMMERCE
1–30–1985.

SER. NO. 548,410, FILED 7–16–1985.

DAVID H. STINE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# CHEROKEE

**Reg. No. 4,518,178**

**Registered Apr. 22, 2014**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHRYSLER GROUP LLC (DELAWARE LIMITED LIABILITY COMPANY)
CIMS 485-13-32
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: MOTOR VEHICLES, NAMELY, PASSENGER AUTOMOBILES, THEIR STRUCTURAL PARTS, TRIM AND BADGES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 10-0-2013; IN COMMERCE 10-0-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,704,632.

SN 85-484,545, FILED 12-1-2011.

MICHAEL KEATING, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

<div style="border:1px solid black;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black;">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Int. Cl.: 12

Prior U.S. Cl.: 19

## United States Patent and Trademark Office

Reg. No. 1,415,771
Registered Nov. 4, 1986

## TRADEMARK
### PRINCIPAL REGISTER

## RENEGADE

JEEP CORPORATION (NEVADA CORPORA-
TION)
AMERICAN CENTER
27777 FRANKLIN ROAD
SOUTHFIELD, MI 48034

   FOR: PASSENGER UTILITY LAND VEHI-
CLES, IN CLASS 12 (U.S. CL. 19).

   FIRST USE 3-12-1964; IN COMMERCE
3-12-1964.

   OWNER OF U.S. REG. NO. 792,127.

   SER. NO. 591,247, FILED 4-3-1986.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

Reg. No. 1,415,771

## United States Patent and Trademark Office    Registered Nov. 4, 1986

## TRADEMARK
### PRINCIPAL REGISTER

## RENEGADE

JEEP CORPORATION (NEVADA CORPORA-
TION)
AMERICAN CENTER
27777 FRANKLIN ROAD
SOUTHFIELD, MI 48034

FOR: PASSENGER UTILITY LAND VEHI-
CLES, IN CLASS 12 (U.S. CL. 19).

FIRST USE 3-12-1964; IN COMMERCE
3-12-1964.

OWNER OF U.S. REG. NO. 792,127.

SER. NO. 591,247, FILED 4-3-1986.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

United States Patent and Trademark Office

Reg. No. 2,666,854

Registered Dec. 24, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## RUBICON

DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 483262766

FOR: MOTOR VEHICLES, NAMELY AUTOMO-
BILES AND STRUCTURAL PARTS THEREFOR, IN
CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-7-2002; IN COMMERCE 8-28-2002.

SN 75-872,652, FILED 12-16-1999.

BRIAN PINO, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,992,182**

**Registered Feb. 28, 2023**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

FCA US LLC  (DELAWARE LIMITED LIABILITY COMPANY)
CIMS 483-02-19
1000 Chrysler Drive
Auburn Hills, MICHIGAN 48326

CLASS 18: Bags for carrying pets

FIRST USE 2-00-2021; IN COMMERCE 2-00-2021

The mark consists of the letter "J", two paw prints one with the numbers "4900" in the left paw, "4300" in the right paw and stylized lines in both paws and the letter "P" to the right of the paw prints.

SER. NO. 90-168,978, FILED 09-09-2020



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



```
┌─────────────────────────────────────────────────────────────────────────┐
│        REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION       │
│                                                                           │
│     WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE    │
│            DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.              │
└─────────────────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten  Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,272,873**

**Registered Jan. 8, 2013**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHRYSLER GROUP LLC (DELAWARE LIMITED LIABILITY COMPANY)
CIMS 485-13-32
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: MOTOR VEHICLES, NAMELY, PASSENGER AUTOMOBILES, THEIR STRUCTURAL PARTS, TRIM AND BADGES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 5-0-2012; IN COMMERCE 5-0-2012.

OWNER OF U.S. REG. NOS. 526,175, 3,157,861, AND OTHERS.

THE MARK CONSISTS OF A STYLIZED REPRESENTATION OF THE SILHOUETTE OF A JEEP LAND VEHICLE.

SN 85-319,187, FILED 5-12-2011.

TINA BROWN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

```
┌─────────────────────────────────────────────────────────────────┐
│              REQUIREMENTS TO MAINTAIN YOUR FEDERAL                │
│                    TRADEMARK REGISTRATION                         │
│                                                                   │
│     WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT    │
│       FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS. │
└─────────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

```
┌─────────────────────────────────────────────────────────────────┐
│    The United States Patent and Trademark Office (USPTO) will NOT │
│       send you any future notice or reminder of these filing      │
│                          requirements.                            │
└─────────────────────────────────────────────────────────────────┘
```

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

United States Patent and Trademark Office

Reg. No. 2,975,740
Registered July 26, 2005

## TRADEMARK
### PRINCIPAL REGISTER



DAIMLERCHRYSLER CORPORATION (DELA-
  WARE CORPORATION)
CIMS 483-02-19
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

  FOR: MOTOR VEHICLES, NAMELY SPORT UTI-
LITY VEHICLES; AND STRUCTURAL PARTS AND
ENGINES THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21,
23, 31, 35 AND 44).

FIRST USE 9-30-2003; IN COMMERCE 9-30-2003.

  NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE 4X4, APART FROM THE MARK
AS SHOWN.

  SER. NO. 78-307,077, FILED 9-30-2003.

CHRIS WELLS, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

United States Patent and Trademark Office

Reg. No. 1,170,088
Registered Sep. 22, 1981

## TRADEMARK
### Principal Register



Jeep Corporation (Nevada corporation)
American Center
27777 Franklin Rd.
Southfield, Mich. 48034

For: LAND VEHICLES, in CLASS 12 (U.S. Cl. 19).

First use 1941; in commerce 1941.

Ser. No. 213,756, filed Apr. 30, 1979.

J. C. DEMOS, Deputy Director

ROBERT SHEPHERD, Examiner

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

United States Patent and Trademark Office

Reg. No. 3,199,299
Registered Jan. 16, 2007

## TRADEMARK
### PRINCIPAL REGISTER



DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
800 CHRYSLER DRIVE
CIMS 483-02-19
AUBURN HILLS, MI 48326

FOR: MOTOR VEHICLES, NAMELY AUTOMO-
BILES, AND STRUCTURAL PARTS THEREFOR, IN
CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 6-30-2006; IN COMMERCE 6-30-2006.

OWNER OF U.S. REG. NOS. 1,170,088, 1,433,760,
AND 2,161,779.

THE MARK CONSISTS OF THE THREE DIMEN-
SIONAL CONFIGURATION OF THE FRONT
GRILLE OF AN AUTOMOBILE, COMPRISING SE-
VEN VERTICAL SLOTS WITH TWO ROUND HEAD-
LIGHT OPENINGS WHICH ARE SHOWN FOR
POSITION AND ARE NOT A FEATURE OF THE
MARK.

SEC. 2(F).

SN 78-214,329, FILED 2-13-2003.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,043,984**

**Registered Oct. 25, 2011**

**Int. Cls.: 11 and 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

CHRYSLER GROUP LLC (DELAWARE LIMITED LIABILITY COMPANY)
CIMS 485-13-32
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: PARTS FOR MOTOR VEHICLES, NAMELY, HEADLAMPS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 6-0-2010; IN COMMERCE 6-0-2010.

FOR: PARTS FOR MOTOR VEHICLES, NAMELY, WINDSHIELDS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 9-0-2010; IN COMMERCE 9-0-2010.

OWNER OF U.S. REG. NOS. 2,794,553, 2,924,936 AND OTHERS.

THE MARK CONSISTS OF A STYLIZED FRONT GRILLE OF AN AUTOMOBILE, COMPRISING SEVEN VERTICAL SLOTS WITH TWO ROUND HEADLIGHT OPENINGS.

SER. NO. 85-115,180, FILED 8-25-2010.

ELISSA GARBER KON, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> **First Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> **Second Filing Deadline:** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Corrected

Reg. No. 2,924,936

Registered Feb. 8, 2005

OG Date July 4, 2006

# TRADEMARK
## PRINCIPAL REGISTER



DAIMLERCHRYSLER CORPORATION (DELAWARE CORPORATION)
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326
    THE MARK CONSISTS OF THREE DIMENSIONAL CONFIGURATION OF THE FRONT GRILLE OF AN AUTOMOBILE, COMPRISING SEVEN VERTICAL SLOTS WITH TWO ROUND HEADLIGHT OPENINGS WHICH ARE SHOWN FOR POSITION AND ARE NOT A FEATURE OF THE MARK.

SEC. 2(F).

    FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES AND SPORT UTILITY VEHICLES, AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

    FIRST USE 1-7-2001; IN COMMERCE 5-11-2001.

    SER. NO. 78-088,819, FILED 10-17-2001.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 4, 2006.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

Reg. No. 2,794,553

**United States Patent and Trademark Office**    Registered Dec. 16, 2003

## TRADEMARK
### PRINCIPAL REGISTER



DAIMLERCHRYSLER CORPORATION (DELA-
    WARE CORPORATION)
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: MOTOR VEHICLE PARTS, NAMELY,
GRILLES AND GRILLE APPLIQUES, IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-1-1994; IN COMMERCE 1-1-1996.

OWNER OF U.S. REG. NO. 2,161,779.

THE MARK CONSISTS OF THE THREE DIMEN-
SIONAL CONFIGURATION OF THE FRONT
GRILLE OF AN AUTOMOBILE, COMPRISING SE-
VEN VERTICAL SLOTS WITH TWO ROUND HEAD-
LIGHT OPENINGS WHICH ARE SHOWN FOR
POSITION AND ARE NOT A FEATURE OF THE
MARK.

SEC. 2(F).

SER. NO. 78-088,816, FILED 10-17-2001.

ANN E. SAPPENFIELD, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

# United States Patent and Trademark Office

Reg. No. 1,433,760
Registered Mar. 24, 1987

## TRADEMARK
### PRINCIPAL REGISTER



JEEP CORPORATION (NEVADA CORPORA-
TION)
27777 FRANKLIN ROAD
SOUTHFIELD, MI 48034

FOR: UTILITY LAND VEHICLES, IN CLASS
12 (U.S. CL. 19).
FIRST USE 3-10-1986; IN COMMERCE
3-10-1986.

OWNER OF U.S. REG. NO. 1,170,088.
THE MARK CONSISTS OF A VEHICLE
GRILLE DESIGN.
SEC. 2(F).

SER. NO. 609,481, FILED 7-14-1986.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 2,732,021

Registered July 1, 2003

## TRADEMARK
### PRINCIPAL REGISTER



DAIMLERCHRYSLER CORPORATION (DELA-WARE CORPORATION)
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: PARTS FOR MOTOR VEHICLES, NAMELY, GRILLES AND GRILLE APPLIQUES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 3-10-1986; IN COMMERCE 3-10-1986.

OWNER OF U.S. REG. NO. 1,433,760.

THE MARK CONSISTS OF THE THREE DIMEN-SIONAL CONFIGURATION OF THE FRONT GRILLE OF AN AUTOMOBILE, COMPRISING SE-VEN VERTICAL SLOTS WITH TWO RECTANGU-LAR HEADLIGHT OPENINGS AND TWO RECTANGULAR RUNNING LAMPS OR FOG LAMPS WHICH ARE SHOW FOR POSITION AND ARE NOT A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 78-088,810, FILED 10-17-2001.

WILLIAM BRECKENFELD, EXAMINING ATTOR-NEY

# TRADEMARK
## PRINCIPAL REGISTER



DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: MOTOR VEHICLES, NAMELY AUTOMO-
BILES AND SPORT UTILITY VEHICLES, AND
STRUCTURAL PARTS THEREFOR, IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 8-11-1999; IN COMMERCE 8-11-1999.

THE MARK CONSISTS OF THE THREE DIMEN-
SIONAL CONFIGURATION OF THE FRONT
GRILLE OF AN AUTOMOBILE, COMPRISING SE-
VEN VERTICAL SLOTS.

SER. NO. 78-138,435, FILED 6-25-2002.

THEODORE MCBRIDE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

Reg. No. 2,823,099

**United States Patent and Trademark Office**    Registered Mar. 16, 2004

## TRADEMARK
### PRINCIPAL REGISTER



DAIMLERCHRYSLER CORPORATION (DELA-
WARE CORPORATION)
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326

FOR: PARTS FOR MOTOR VEHICLES, NAMELY
GRILLES AND GRILLE APPLIQUES, IN CLASS 12
(U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 0-0-1997; IN COMMERCE 0-0-1997.

OWNER OF U.S. REG. NOS. 1,170,088, 1,433,760,
AND 2,161,779.

THE MARK CONSISTS OF THE THREE DIMEN-
SIONAL CONFIGURATION OF THE FRONT
GRILLE OF AN AUTOMOBILE, COMPRISING SE-
VEN VERTICAL SLOTS.

SEC. 2(F).

SER. NO. 78-161,494, FILED 9-6-2002.

ALICE BENMAMAN, EXAMINING ATTORNEY