Exhibit 2

| Def No. | Storename | Located in file | Page |
|---|---|---|---|
| 1 | aoligei auto | Exh. 2 - part 1.pdf | 4 |
| 2 | B.ZSSY AUTO | Exh. 2 - part 1.pdf | 9 |
| 3 | Bottlenose Dolphin | Exh. 2 - part 1.pdf | 12 |
| 4 | ChenWangSheng-us | Exh. 2 - part 1.pdf | 16 |
| 5 | Custom Size Wall Murals | Exh. 2 - part 1.pdf | 19 |
| 6 | Damao autostore | Exh. 2 - part 1.pdf | 24 |
| 7 | DongGuanShiXiaoYiMaoYiYouXianGongSi | Exh. 2 - part 1.pdf | 27 |
| 8 | DW-010 | Exh. 2 - part 1.pdf | 30 |
| 9 | DWKJMYCP | Exh. 2 - part 1.pdf | 35 |
| 10 | Haiphong Shop | Exh. 2 - part 1.pdf | 39 |
| 11 | hengyangmicushangmaoyouxiangongsi | Exh. 2 - part 1.pdf | 42 |
| 12 | INTCHE | Exh. 2 - part 1.pdf | 45 |
| 13 | Juoar Puddle Light | Exh. 2 - part 1.pdf | 50 |
| 14 | Lancham | Exh. 2 - part 1.pdf | 56 |
| 15 | 1007MGT | Exh. 2 - part 1.pdf | 60 |
| 16 | 123sex toys | Exh. 2 - part 1.pdf | 65 |
| 17 | ADXH-autoparts | Exh. 2 - part 1.pdf | 70 |
| 18 | ALOnline-Autoparts | Exh. 2 - part 1.pdf | 74 |
| 19 | astsupermotor | Exh. 2 - part 1.pdf | 78 |
| 20 | Automobile_2022 | Exh. 2 - part 1.pdf | 82 |
| 21 | autopartspavilion | Exh. 2 - part 1.pdf | 85 |
| 22 | autopartsplanet1 | Exh. 2 - part 1.pdf | 88 |
| 23 | AutoPro001 | Exh. 2 - part 1.pdf | 91 |
| 24 | autoprohub001 | Exh. 2 - part 1.pdf | 97 |
| 25 | autoshopler | Exh. 2 - part 1.pdf | 102 |
| 26 | AutoVirtuoso | Exh. 2 - part 1.pdf | 105 |
| 27 | Aux_partoutlets | Exh. 2 - part 1.pdf | 108 |
| 28 | aux_purecarpart | Exh. 2 - part 1.pdf | 112 |
| 29 | aux_usmotors | Exh. 2 - part 1.pdf | 115 |
| 30 | AuxFastway | Exh. 2 - part 1.pdf | 118 |
| 31 | AUXITO | Exh. 2 - part 1.pdf | 121 |
| 32 | AUXITO Authorized Store on eBay | Exh. 2 - part 1.pdf | 124 |
| 33 | AUXITO auto led bulb | Exh. 2 - part 1.pdf | 127 |
| 34 | AUXITO Auto Parts Store | Exh. 2 - part 1.pdf | 130 |
| 35 | AUXITO BULB | Exh. 2 - part 1.pdf | 133 |
| 36 | AUXITO LED LIGHT | Exh. 2 - part 1.pdf | 136 |
| 37 | AUXITO Lighting Depot | Exh. 2 - part 1.pdf | 139 |
| 38 | AUXITO Offical | Exh. 2 - part 1.pdf | 142 |
| 39 | AUXITO official store | Exh. 2 - part 1.pdf | 145 |
| 40 | AUXITO Performance Parts | Exh. 2 - part 1.pdf | 148 |
| 41 | auxito_light2 | Exh. 2 - part 1.pdf | 151 |
| 42 | AUXITO_online | Exh. 2 - part 1.pdf | 154 |
| 43 | auxito_store | Exh. 2 - part 1.pdf | 157 |
| 44 | auxito_world | Exh. 2 - part 1.pdf | 160 |
| 45 | AWXHparts | Exh. 2 - part 1.pdf | 163 |
| 46 | Axi_Auto | Exh. 2 - part 1.pdf | 166 |
| 47 | aygroqwlahgws | Exh. 2 - part 1.pdf | 169 |
| 48 | bestautoseller_99 | Exh. 2 - part 1.pdf | 172 |
| 49 | bestpartsok | Exh. 2 - part 1.pdf | 175 |
| 50 | BestPartsStore | Exh. 2 - part 1.pdf | 178 |

| Def No. | Storename | Located in file | Page |
|---|---|---|---|
| 51 | Bussipt | Exh. 2 - part 1.pdf | 183 |
| 52 | caiyanyantiger | Exh. 2 - part 1.pdf | 187 |
| 53 | carbadges2022 | Exh. 2 - part 1.pdf | 191 |
| 54 | carest-parts | Exh. 2 - part 1.pdf | 196 |
| 55 | cenyaoo | Exh. 2 - part 1.pdf | 200 |
| 56 | CHAOGANG3030 | Exh. 2 - part 2.pdf | 1 |
| 57 | Choose Starry Sky | Exh. 2 - part 2.pdf | 6 |
| 58 | clronhorse | Exh. 2 - part 2.pdf | 9 |
| 59 | cyadence | Exh. 2 - part 2.pdf | 12 |
| 60 | dabaobei-08 | Exh. 2 - part 2.pdf | 17 |
| 61 | dbdb-auto | Exh. 2 - part 2.pdf | 20 |
| 62 | eco-auxito | Exh. 2 - part 2.pdf | 24 |
| 63 | Feiteplus2098 | Exh. 2 - part 2.pdf | 28 |
| 64 | gajan-auto | Exh. 2 - part 2.pdf | 33 |
| 65 | GD-gdAuto | Exh. 2 - part 2.pdf | 37 |
| 66 | BACKYARD TOOL HOUSE | Exh. 2 - part 2.pdf | 40 |
| 67 | carlights | Exh. 2 - part 2.pdf | 43 |
| 68 | FUNKL | Exh. 2 - part 2.pdf | 46 |
| 69 | 102824735 | Exh. 2 - part 2.pdf | 51 |
| 70 | Aether Apparel | Exh. 2 - part 2.pdf | 54 |
| 71 | DANTA COMPANY LIMITED | Exh. 2 - part 2.pdf | 58 |
| 72 | dongguanshilingxiao | Exh. 2 - part 2.pdf | 64 |
| 73 | Earth Tones | Exh. 2 - part 2.pdf | 67 |
| 74 | Flexora Fresh | Exh. 2 - part 2.pdf | 70 |
| 75 | FUSCH | Exh. 2 - part 2.pdf | 74 |
| 76 | huhuhaha | Exh. 2 - part 2.pdf | 77 |
| 77 | ICHTHYOSAUR | Exh. 2 - part 2.pdf | 81 |

| 2823099 |  |
| 2764249 | |







Amazon.com: Dryowre Grille In...    Amazon.com Seller Profile: aoli...    +    —  □  ×

←  →  C    amazon.com/sp?ie=UTF8&seller=A1NLCJZPP4KK19&asin=B0DS9QSD6T&ref_=dp_merchant_link    ☆  🎵  🖫  C  ⋮

# aoligei auto

Visit the aoligei auto storefront

★★★⯪☆  **50% positive** lifetime (8 total ratings)

**Dryowre Grille Insert Bumper Gri...**
$41⁹⁴

Add to Cart

◎ **Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller.
Read more

Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** tianjinaoligeidianzishangwuyouxiangongsi
**Business Address:**
　天津自贸试验区(东疆综合保税区)
　恒盛广场5号楼304微茂商务A区2栋103房
　天津市
　天津
　300308
　CN

## Shipping Policies                                           ∨

## Other Policies                                              ∨





FROM: 6086611376

RockAuto, LLC
2000 E Main St.

Grand Prairie TX 75050
US

SHIP DATE: 17JUN25
ACTWGT: 2.30 LB
CAD: 1688/FUSE0010

BILL SENDER

**Linsey Daffin**
**200 W MADISON ST STE 2100**
**None**
**CHICAGO IL 60606-3521**

(US)

6265399756
INV:
PO: 313152221

REF: 313152221

DEPT:

**FedEx**
Ground

4272873









| 2794553 |  |
|---------|------|
| 4043984 |  |
| 2823099 |  |
| 2764249 |  |
| 2924936 |  |





# Bottlenose Dolphin

Visit the Bottlenose Dolphin storefront

★★★★★ | 100% positive in the last 12 months (53 ratings)

Cup Holder Inserts Coaster Interi...
$19⁹⁹ ($ 11.36 / ounce)

Add to Cart

By Elias on June 20, 2025.

★★★★☆ "It took me a minute to figure it out, but once I figured it out, it's good. It'll be a little wider, but it's it's far. I got it down with no problem."

By annabella torres on June 16, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** ShenZhenShiKuanWenHaiTunKeJiYouXianGongSi
**Business Address:**
BaoAnQuXiXiangJieDaoYanTianSheQuYinTianGongYeQu38Dong507
ShenZhenShi
GuangDongSheng
518101
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products



| 1189233 | DODGE |
|---|---|
| 4696903 |  |







| 0526175 1130015 1134153 1236540 2512866 2849309 4091155 | JEEP |
|---|---|











TO:

GRANT LOKKEN
200 W MADISON ST STE 2100
CHICAGO IL 60606-3521

FD-OR

| 2823099 |  |
|---|---|
| 2764249 | |







| 2823099 | |
|---|---|
| 2764249 | |







| 2794553 |  |
|---|---|
| 4043984 | |
| 2764249 | |







Return & Refund Policies

Please refer to the Amazon.com Return Policy .

Detailed Seller Information

**Business Name:** Guangzhou Dingwei Network Technology Co., LTD
**Business Address:**
  295号3栋320-571室
  白云大道南
  广州市白云区
  广东省
  510000
  CN

Shipping Policies

Other Policies

Help

Products

See all products currently offered by the seller.





4272873









# DWKJMYCP

Visit the DWKJMYCP storefront

★★★★½ | **77% positive** in the last 12 months (13 ratings)

responsibility for this fulfillment experience.

★★★★★    "Item just as described "
By Paula Gennings on June 15, 2025.

★★★★★    "Item As Described, Fast Shipping, Excellent Seller, Highly Recommended, A+++ "
By James A. Stevens on June 11, 2025.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Guangzhou xinliliang network technology Co., LTD
**Business Address:**
　白云区白云大道南295号
　3楼320-570室
　广州市
　广东
　510410
　CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄



| 2823099 | |
|---|---|
| 2764249 | |







| 1189233 | DODGE |
|---------|-------|







| 4272873 |  |









Your Account › Your Orders › Order Details

# Order Details

Order placed June 26, 2025    |    Order # 111-2726528-1253002

View invoice

**Shipping Address**
Alexander Daffin
200 W MADISON ST STE 2100
CHICAGO, IL 60606-3521
United States

Change

**Payment method**
VISA Visa ending in 6165

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $62.60 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $62.60 |
| Estimated tax to be collected: | $6.42 |
| **Grand Total:** | **$69.02** |

## Arriving July 17 – August 1

2Pcs Car Roof Rack Step Door Step Steel Foot Pegs Door Hinge Pedal 2007-2021 For Jeep For Wrangler JK JL Rubicon
Sold by: INTCHE
Supplied by: Other
$62.60

Track package

Problem with order

Cancel items

Write a product review

Change Payment Method

**Buy it again** View All & Manage

Page 1 of 25



| 4696903 |  |
|---|---|
| 5839879 | SCAT PACK |



Amazon Business order. Sign up for a free bu
account.

Get $60 off instantly: Pay $0.00 upon approv
Amazon Visa.

Color: **For Challenger-2pcs**

$28.99
~~$35.99~~

$28.99
~~$35.99~~

**Item dimensions L x W x H**     3.15 x 0.9 x 0.1 inches





## Juoar Puddle Light

Visit the Juoar Puddle Light storefront

Just launched | No feedback yet

Juoar 2 Pcs Bee Badge LED Door ...

$28⁹⁹

Add to Cart

responsibility for this fulfillment experience.

★☆☆☆☆ "These are lights. They have one job, to light. I spent 20 minutes taking out my old
lights and installing these just for them to not work. Very disappointed. An..."
Read more

By tizzxo on March 5, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take
responsibility for this fulfillment experience.

### Return & Refund Policies

Please refer to the Amazon.com Return Policy .

### Detailed Seller Information

**Business Name:** lanzhouyingxiongdianzishangwuyouxiangongsi
**Business Address:**
甘肃省兰州市城关区靖远路街道
九州大道600号海盛花园办公楼1层105室
兰州市
城关区
730000
CN

### Shipping Policies ˅

### Other Policies ˅

### Help ˅





Janita Mac

## 200 W MADISON ST STE 2100

CHICAGO IL

60606 – 3521

8207 34722

4696903





Excellent functionality and unaffected key signal. Small insurance for a very expensive key case. Great touch and style, the buttons still feel and work great.





# Lancham

Visit the Lancham storefront

★★★★★ | **100% positive** in the last 12 months (13 ratings)

GLAHORSE Rubber Smart 5 Butt...
$9⁹⁹

Add to Cart

Subtotal
**$9.99**
Go to Cart

**$9.99**
✓prime

🗑 1 +

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** JewelireShop
**Business Address:**
  松山镇宾海路21号
  滨海新城旺苑8座2301单元
  福州市
  福建
  350600
  CN

## Shipping Policies ∨

## Other Policies ∨

## Help ∨

## Products

See all products currently offered by the seller.



| 2994481 2983053 | MOPAR |
|---|---|











# USPS GROUND ADVANTAG

ANDY HO
233 EAST HARRIS AVENUE
SOUTH SAN FRANCISCO CA 94080

LILIANA CRAWFORD
STE 2100
200 W MADISON ST
CHICAGO IL 60606

USPS TRACKING # USPS Sh

| 2919922 |  |
|---|---|
| 2994481 2983053 | MOPAR |









**Order info**

| Time placed | Jun 22, 2025 at 8:39 PM |
| Order number | 24-13231-08066 |
| Total | $47.40 (1 item) |
| Sold by | tcyun123 |

**Delivery info**

Arrives Jun 26, 2025 - Jun 30, 2025

Paid — Jun 22 | Tracking available | Delivered

**Tracking details**

| Shipping Service | USPS Ground Advantage |
| Carrier | USPS |

**Item info**

For 2016-2018 RAM 2500 3500 4500 5500 6.7L ENGINE DIESEL OIL FUEL FILTER KIT $42.99
Item number: 388551378987
Returns accepted through Aug 29, 2025.

Buy again          More actions ∨

**Other actions**          Contact seller          Cancel this order

**Shipping address**

Marylou Eastgate
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

**Payment info**

| VISA Ending in 6165 Greer Burns Crain Ltd | $47.40 Jun 22 at 8:41 PM |
| 1 item | $42.99 |
| Shipping | Free |
| Tax* | $4.41 |
| **Order total** | **$47.40** |

*We're required by law to collect sales tax and applicable fees on certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**View your 5 offers from this order**
Redeem $30 bonus, win $1,000 & more*

View offers
*Terms Apply



Mailed from 94080

# USPS GROUND ADVANTAGE

ANDY HO
233 EAST HARRIS AVENUE
SOUTH SAN FRANCISCO CA 94080

RD

MARYLOU EASTGATE
200 W MADISON ST STE 2100
CHICAGO IL 60606-3521

## USPS TRACKING # USPS Ship

4272873









**order**

Redeem $40 bonus, win $4,000 & more*                          Claim now
                                                              *Terms Apply

## Order info

| | | |
|---|---|---|
| Time placed | Jun 26, 2025 at 2:23 PM | |
| Order number | 19-13238-58500 | |
| Total | $33.06 (1 item) | |
| Sold by | adxh-autoparts | |

### Delivery info

Arrives **Jun 28, 2025 - Jul 2, 2025**

Processing — Tracking available — Delivered

### Tracking details

Shipping Service — Standard Shipping

### Item info

For 2007-2024 Jeep Wrangler JK JKU JL JLU Front Foot Pegs Rest Pedals 1941 Style        $29.99
Item number: 226076769304
Returns accepted through Aug 1, 2025.

### Other actions

Cancel this order

## Shipping address

Branden Lyonne
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

## Payment info

VISA  Ending in 5772        $33.06
      Paul Gasly           Still processing

| | |
|---|---|
| 1 item | $29.99 |
| Shipping | Free |
| Tax* | $3.07 |
| **Order total** | **$33.06** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

Explore this store
Shop store on eBay→

$21.00    $33.00    $62.00

Caltrio
7.0M items sold        Sponsored

4272873



For 2007-2022 Jeep Wrangler J  ×    +

←  →  C    ⌾  ebay.com/itm/387037415609



**Fit For**

**Jeep Wrangler JK JKU**
**2/4 Door Accessories**





**This order includes 5 offers**
Redeem $40 bonus, win $4,000 & more* **View offers**
*Terms Apply

**Order info**

| Time placed | Jun 26, 2025 at 2:18 PM |
| Order number | 18-13239-85843 |
| Total | $31.41 (1 item) |
| Sold by | alonline-autoparts |

**Shipping address**

Brady Lyonne
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

**Payment info**

VISA Ending in 5772 $31.41
Paul Gasly Still processing

| 1 item | $28.49 |
| Shipping | Free |
| Tax* | $2.92 |
| Order total | $31.41 |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Delivery info**

Arrives Jun 28, 2025 - Jul 2, 2025

Processing — Tracking available — Delivered

**Tracking details**

Shipping Service — Standard Shipping

How do you like our order details page?
Tell us what you think

**Explore this store**
Shop store on eBay→

$26.00    $33.00    $62.00

Caltric
7.0M items sold    Sponsored

**Item info**

For 2007-2022 Jeep Wrangler JK JKU JL JLU Front Foot Pegs Rest Pedals 1941 Style $28.49
Item number: 387037415609
Returns accepted through Aug 1, 2025.

**Other actions**

Cancel this order

| 2794553 |  |
|---------|------|
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |







buying product easy. From the moment you first visit us and for as long as we're in touch,...

**Learn more**

### astsupermotor

**99.6%** positive feedback   **6.5K** items sold   **457** followers

Share   Contact   Save Seller

Categories   Shop   Sale   **About**   Feedback

## About us

Welcome to Our eBay Shop! We're here to help make buying product easy. From the moment you first visit us and for as long as we're in touch, we'll make sure your experience is as good as it gets.We are the flagship store of AUXITO brand, with several years of history in the automotive accessories industry, and we hold a leading position. Our products have consistently received high recognition from customers due to their excellent quality. If you have any questions or concerns regarding the products you purchase from us, feel free to send us a message, and we will ensure that you have a pleasant shopping experience. You are welcome to visit our store and make your selection.

Thank you for your support.

Location: **China**
Member since: **Aug 15, 2023**
Seller: **astsupermotor**



| 2794553 |  |
|---|---|
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |





## About us

Location: **China**
Member since: **Dec 15, 2021**
Seller: **automobile_22**

## Top Rated Seller

Automobile_2022 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more



| | |
|---|---|
| 2794553 |  |
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |





**autopartspavilion**

98.7% positive feedback    3.2K items sold    251 followers

Share    Contact    Save Seller

Categories    Shop    Sale    About    Feedback

## About us

Location: **China**
Member since: **Mar 26, 2024**
Seller: **autopartspavilion**

## Top Rated Seller

autopartspavilion is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more



| 2794553 | |
|----------|---|
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |





# About us

Location: **China**
Member since: **Mar 26, 2024**
Seller: **autopartsplanet1**

## Top Rated Seller

autopartsplanet1 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

Do you like our store experience? 👍 👎



Order details | eBay

vod.ebay.com/vod/FetchOrderDetails?/ViewPaymentStatus&purchaseOrd...

**Order info**

| Time placed | Jul 11, 2025 at 4:29 PM |
| Order number | 08-13313-04490 |
| Total | $13.60 (1 item) |
| Sold by | autopartsplanet1 |

**Delivery info**

Arrives **Jul 15, 2025 - Jul 18, 2025**

Processing — Tracking available — Delivered

**Tracking details**

| Shipping Service | USPS First Class |
| Carrier | USPS |

**Item info**

Red Accessories Liner For Jeep Wrangler Gladiator JL JT Cup Inserts Pocket USA     $12.34
Item number: 376374375848
Returns accepted through Sep 16, 2025.

**Other actions**     Cancel this order

**Shipping address**

Cyrus Lyonne
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

**Payment info**

VISA   Ending in 5772     $13.60
Paul Gashy     Still processing

| 1 item | $12.34 |
| Shipping | Free |
| Tax* | $1.26 |

| Order total | $13.60 |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**View your 5 offers from this order**
Redeem $30 bonus, win $4,000 & more*

View offers
*Terms Apply

**These are for you**
Sponsored

| 2919922 | |
|---|---|
| 2994481 2983053 | MOPAR |



sure this item fits and qualifies for free returns.











Mailed from 91730

## USPS GROUND ADVANTAGE™

EFUS
8369 MILLIKEN AVENUE
RANCHO CUCAMONGA CA 91730

RDC

DERRICK LYONNE
200 W MADISON ST STE 2100
CHICAGO IL 60606-3521

USPS TRACKING # USPS Ship

| 2919922 |  |
|---|---|
| 2994481 2983053 | MOPAR |











| 2794553 | |
|---|---|
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |





# About us

Location: **China**
Member since: **Jun 28, 2022**
Seller: **autoshopler**

## Top Rated Seller

autoshopler is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more



**Order info**

| | | |
|---|---|---|
| Time placed | Jul 11, 2025 at 5:08 PM | |
| Order number | 02-13321-52154 | |
| Total | $14.32 (1 item) | |
| Sold by | autoshopler | |

**Delivery info**

Arrives Jul 15, 2025 - Jul 21, 2025

Processing — Tracking available — Delivered

**Tracking details**

| | |
|---|---|
| Shipping Service | UPS Ground Saver |
| Carrier | UPS |

**Item info**

For Jeep JL Wrangler JLU Gladiator JT Accessories Liner Cup Door Pocket Inserts    $12.99
Item number: 365703314152
Returns accepted through Sep 19, 2025.

**Other actions**

Cancel this order

**Shipping address**

Caitlin Lyonne
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

**Payment info**

VISA  Ending in 5772    $14.32
Paul Gesly    Still processing

| | |
|---|---|
| 1 item | $12.99 |
| Shipping | Free |
| Tax* | $1.33 |

**Order total**    $14.32

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**View your 5 offers from this order**

Redeem $30 bonus, win $4,000 & more

Claim now
*Terms Apply

**Frequently Bought Together**

| 2919922 |  MOPAR |
|---|---|
| 2994481 2983053 | MOPAR |





## About us

Welcome to our auto parts store! We are a professional air suspension company which specializing in developing,producing and exporting air suspension shock, air suspension compressor, air suspension spring and suspension repair kits. If you have any needs,pls feel free to contact us!

Location: **China**
Member since: **Feb 18, 2025**
Seller: **autohubpro**



Order details | eBay

vod.ebay.com/vod/FetchOrderDetails?/ViewPaymentStatus&purchase...

**Order info**

| | |
|---|---|
| Time placed | Jul 15, 2025 at 6:10 AM |
| Order number | 16-13316-11124 |
| Total | $15.92 (1 item) |
| Sold by | autohubpro |

**Delivery info**   Arrives Jul 29, 2025 - Aug 1, 2025

Processing — Tracking available — Delivered

**Tracking details**

Shipping Service   eBay SpeedPAK Standard

**Item info**

2pcs Carbon Fiber Car Seat Belt Cover Shoulder Pads Protector For Mopar    $14.44
Item number: 167642434557
Black
Returns not accepted.

**Other actions**   Cancel this order

**Shipping address**

Florrie Lyonne
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

**Payment info**

VISA Ending in 6165    $15.92
Greer Burns Crain LTD    Still processing

| | |
|---|---|
| 1 item | $14.44 |
| Shipping | Free |
| Tax* | $1.48 |
| **Order total** | **$15.92** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

Extra 5% off
Shop sale Ends Aug 31, 2025

Indusafe
2.0K items sold    Sponsored

**Compare with similar items**
Sponsored

| 2794553 |  |
| 4043984 |  |
| 2823099 |  |
| 2764249 |  |
| 2924936 |  |



For Jeep JLU JL Wrangler Gladiator JT Accessories Liner Cup Door Pocket Inserts

Aux_partoutlets (850F)
99.1% positive · Seller's other items · Contact seller

**US $11.11/ea**
Was US $12.99 ⓘ
Save US $1.88 (14% off)

Condition: New ⓘ
Compatibility: See compatible vehicles
Sale ends in: 3d 0h

Quantity: 10    More than 10 available

Bulk savings:

| Buy 1 | Buy 2 | Buy 3 | 4 or more for |
|-------|-------|-------|---------------|
| $12.34/ea | $11.72/ea | $11.33/ea | $11.11/ea |

**Buy It Now**

Add to cart

Make offer

♡ Add to Watchlist

↩ Breathe easy. Free shipping and returns.

Shipping: Free USPS First Class. See details
Located in: Chicago, Illinois, United States
Delivery: Estimated between Tue, Jul 15 and Fri, Jul 18 to 60606 ⓘ
Returns: 60 days returns. Seller pays for return shipping. See details
Payments: PayPal · GPay · VISA · Mastercard · Discover
PayPal CREDIT
Special financing available. See terms and apply now

Have one to sell? Sell now

⬆ Share

**Similar Items**
Sponsored

See all

Orange Cup Door Liner    For Jeep JL Wrangler JLU    7 Piece Black Front Grille Trim    4X Liner Accessories Gladiator





Order details | eBay

vod.ebay.com/vod/FetchOrderDetails?/ViewPaymentStatus&pur...

**Order info**

| | |
|---|---|
| Time placed | Jul 11, 2025 at 5:14 PM |
| Order number | 05-13317-75098 |
| Total | $13.60 (1 item) |
| Sold by | aux_partoutlets |

**Delivery info**

Arrives Jul 15, 2025 - Jul 18, 2025

Processing — Tracking available — Delivered

**Tracking details**

| | |
|---|---|
| Shipping Service | USPS First Class |
| Carrier | USPS |

**Item info**

For Jeep JLU JL Wrangler Gladiator JT Accessories Liner Cup Door Pocket Inserts $12.34
Item number: 167635746725
Returns accepted through Sep 16, 2025.

**Other actions**

Cancel this order

**Shipping address**

Caitlyn Lyonne
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

**Payment info**

| VISA Ending in 5772 | |
|---|---|
| Paul Gesly | $13.60 |
| | Still processing |
| 1 item | $12.34 |
| Shipping | Free |
| Tax* | $1.26 |
| **Order total** | **$13.60** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

How do you like our order details page?
Tell us what you think

**This order includes 5 offers**
Redeem $40 bonus, win $1,000 & more*

View offers
*Terms Apply

**Compare with similar items**
Sponsored

| 2794553 | |
|---|---|
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |





## About us

AUXITO bulbs are committed to making our car LED bulbs trustworthy and can replace car turn signal lights, brake lights, fog lights, reversing lights, interior map lights, dome lights, etc. Customer satisfaction is our happiest job. Therefore, we will do our best to provide you with the best products and services according to your requirements and ship out them on time. Feedback is very important to us. If you have any comments or suggestions, please contact us via email. If you like our products and services, please leave a positive feedback, so as to give us more confidence and more opportunities to serve more customers, Thank You.

Location: **China**
Member since: **Jun 28, 2022**
Seller: **aux_purecarpart**



Order details | eBay

vod.ebay.com/vod/FetchOrderDetails?/ViewPaymentStatus&pur...

**Order info**

| Time placed | Jul 11, 2025 at 5:18 PM |
| Order number | 14-13305-40381 |
| Total | $14.32 (1 item) |
| Sold by | aux_purecarpart |

**Delivery info**

Arrives Jul 15, 2025 - Jul 19, 2025

Processing — Tracking available — Delivered

**Tracking details**

| Shipping Service | USPS First Class |
| Carrier | USPS |

**Item info**

4x Cup Holder Liner Insert For Jeep Wrangler JL JLU Gladiator    $12.99
JT Car Accessories
Item number: 357203116490
Returns accepted through Sep 17, 2025.

**Other actions**

Cancel this order

**Shipping address**

Calandra Lyonne
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

**Payment info**

| VISA Ending in 5772 Paul Gasly | $14.32 Still processing |
| 1 item | $12.99 |
| Shipping | Free |
| Tax* | $1.33 |
| Order total | $14.32 |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

How do you like our order details page?
Tell us what you think

**This order includes 5 offers**
Redeem $40 bonus, win $4,000 & more

Claim now

*Terms Apply

Frequently Bought Together

86°

| 2794553 |  |
|---|---|
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |







| 2794553 |  |
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |







Order details | eBay

vod.ebay.com/vod/FetchOrderDetails?/ViewPaymentStatus...

**Order info**

| | |
|---|---|
| Time placed | Jul 11, 2025 at 5:23 PM |
| Order number | 05-13317-77053 |
| Total | $13.60 (1 item) |
| Sold by | auxfastway |

**Delivery info**

Arrives Jul 15, 2025 - Jul 19, 2025

Processing — Tracking available — Delivered

**Tracking details**

| | |
|---|---|
| Shipping Service | USPS First Class |
| Carrier | USPS |

**Item info**

Cup Door Liner Inserts Holder For Jeep Gladiator Wrangler Accessories Orange     $12.34
Item number: 394370645572
Returns accepted through Sep 17, 2025.

**Other actions**

Cancel this order

**Shipping address**

Calista Lyonne
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

**Payment info**

VISA  Ending in 5772     $13.60
Paul Gesly        Still processing

| | |
|---|---|
| 1 item | $12.34 |
| Shipping | Free |
| Tax* | $1.26 |
| **Order total** | **$13.60** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**View your 5 offers from this order**
Redeem $30 bonus, win $4,000 & more

Claim now

Terms Apply

| 2794553 | |
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |





**AUXITO**

99.2% positive feedback   173K items sold   7.5K followers

Share   Contact   Save Seller

Categories   Shop   Sale   **About**   Feedback

## About us

At AUXITO, you will find a large selection of high quality automotive accessories.

Location: **China**
Member since: **Sep 17, 2018**
Seller: **super_auto_light**

## Top Rated Seller

AUXITO is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

Do you like our store experience?



**Order info**

Time placed — Jul 11, 2025 at 5:34 PM
Order number — 21-13295-90426
Total — $12.89 (1 item)
Sold by — super_auto_light

**Delivery info**

Arrives Jul 14, 2025 - Jul 17, 2025

Processing — Tracking available — Delivered

**Tracking details**

Shipping Service — Standard Shipping

**Item info**

4X Liner Accessories Gladiator Cup Door Pocket Inserts For Jeep Wrangler JL JLU — $11.69
Item number: 126499969190
Returns accepted through Sep 15, 2025.

**Other actions**

Cancel this order

**Shipping address**

Callie Lyonne
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

**Payment info**

VISA Ending in 5772 — $12.89
Paul Gesly — Still processing

1 item — $11.69
Shipping — Free
Tax* — $1.20

Order total — $12.89

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**View your 5 offers from this order**

Redeem $40 bonus, win $1,000 & more*

Claim now

*Terms Apply

| 2794553 | |
|---|---|
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |





## About us

AUXITO is committed to providing the highest quality products at the most affordable price for our customers while always providing excellent customer service for all our customers. We strive to continuously develop high quality products to meet the needs of all of our valued customers. Our research and development team continues to make strides in creating new products for our customers. we specialize in creating vehicle accessories with some of our most popular products being our LED Headlight Bulbs, Fog Lights, and LED Interior/Exterior Lights. We want to thank our valued customers for their continued support throughout the years and hope that we will continue to be your preferred brand for all your vehicles lighting needs. A ONLY Official AUXITO products have the promised warranty. Protect yourself: Buy only from AUXITO authorized dealer on

Location: **China**
Member since: **Jul 01, 2020**
Seller: **eoh911**

**Top Rated Seller**



Order details | eBay

vod.ebay.com/vod/FetchOrderDetails?/ViewPaymentStatus...

**Order info**

| Time placed | Jul 11, 2025 at 5:41 PM |
| Order number | 26-13289-50792 |
| Total | $12.89 (1 item) |
| Sold by | eoh911 |

**Delivery info**

Arrives Jul 15, 2025 - Jul 18, 2025

Processing — Tracking available — Delivered

**Tracking details**

| Shipping Service | Standard Shipping |

**Item info**

Orange Cup Door Liner Accessories Inserts Holder For Jeep Gladiator Wrangler    $11.69
Item number: 388495835691
Returns accepted through Sep 16, 2025.

**Other actions**

Cancel this order

**Shipping address**

Camelia Lyonne
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

**Payment info**

| VISA Ending in 5772 | $12.89 |
| Paul Gesly | Still processing |

| 1 item | $11.69 |
| Shipping | Free |
| Tax* | $1.20 |

| Order total | $12.89 |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

View your 5 offers from this order

Redeem $30 bonus, win $4,000 & more*

View offers

*Terms Apply

| 2794553 | |
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |







# Order details

This order includes 5 offers

Redeem $30 bonus, win $4,000 & more*

View offers

*Terms Apply

Printer friendly page

## Order info

| | |
|---|---|
| Time placed | Jul 12, 2025 at 4:40 PM |
| Order number | 20-13300-68920 |
| Total | $13.60 (1 item) |
| Sold by | autotechemporium |

## Delivery info

Arrives **Jul 16, 2025 - Jul 19, 2025**

Processing — Tracking available — Delivered

### Tracking details

| | |
|---|---|
| Shipping Service | USPS First Class |
| Carrier | USPS |

## Item info

Cup Holder Liner Insert For Jeep Wrangler JL JLU Gladiator JT Car Accessories 4x — **$12.34**

Item number: 387827242359

Returns accepted through Sep 17, 2025.

## Shipping address

Sammi Oak
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

## Payment info

VISA Ending in 4686 — $13.60
Greer Burns Crain — Still processing

| | |
|---|---|
| 1 Item | $12.34 |
| Shipping | Free |
| Tax* | $1.26 |
| **Order total** | **$13.60** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

How do you like our order details page?
Tell us what you think

| 2794553 |  |
|---------|-----|
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |







**Order info**

| | | |
|---|---|---|
| Time placed | Jul 12, 2025 at 4:43 PM | |
| Order number | 20-13300-69445 | |
| Total | $13.60 (1 item) | |
| Sold by | autoaccessshop | |

**Shipping address**

Sammie Oak
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

**Delivery info**

Arrives **Jul 16, 2025 - Jul 19, 2025**

**Processing** — Tracking available — Delivered

**Payment info**

| VISA Ending in 4686 | $13.60 |
|---|---|
| Greer Burns Crain | Still processing |

| 1 item | $12.34 |
|---|---|
| Shipping | Free |
| Tax* | $1.26 |
| **Order total** | **$13.60** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Tracking details**

| | |
|---|---|
| Shipping Service | USPS First Class |
| Carrier | USPS |

How do you like our order details page?
Tell us what you think

**Item info**

Red For Jeep Wrangler JL JLU Gladiator Door Cup Holder Inserts Liner Accessories      $12.34
Item number: 365567126057
Returns accepted through Sep 17, 2025.

**View your 5 offers from this order**

**Redeem $30 bonus**, win $4,000 & more*

Claim now
*Terms Apply

**Other actions**      Cancel this order

| 2794553 |  |
|----------|---------|
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |





## AUXITO BULB

99.1% positive feedback   3.4K items sold   223 followers

Share   Contact   Save Seller

Categories   Shop   Sale   **About**   Feedback

## About us

Welcome to our store, we mainly sell car led headlights and motorcycle headlamps as well as some parts, such as license plate lights, work lights and motorcycle mounting brackets. We have our own factory and R&D team. If you are interested in our products, welcome to follow our store. We will launch some promotional activities on new products every day and irregularly.

AUXITO is AMERICA S LEADING AUTO LED LIGHTING BRAND. Our only focus is on the auto LED lighting industry, providing high-quality performance products and unparalleled service to our customers.

We commit to provide you the best innovative, quality products & professional

Location: **China**
Member since: **May 14, 2024**
Seller: **motorpartauxito**

## Top Rated Seller

AUXITO BULB is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more



Order details | eBay

vod.ebay.com/vod/FetchOrderDetails?/ViewPaymentStatus...

**Order info**

| | |
|---|---|
| Time placed | Jul 11, 2025 at 5:50 PM |
| Order number | 01-13323-13817 |
| Total | $13.60 (1 item) |
| Sold by | motorpartauxito |

**Delivery info**

Arrives Jul 15, 2025 - Jul 19, 2025

Processing — Tracking available — Delivered

**Tracking details**

| | |
|---|---|
| Shipping Service | USPS First Class |
| Carrier | USPS |

**Item info**

Liner Accessories For Jeep Wrangler JL JLU Gladiator JT Cup, Door Pocket Inserts — $12.34
Item number: 336038337103
Returns accepted through Sep 17, 2025.

**Other actions**

Cancel this order

**Shipping address**

Camellia Lyonne
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

**Payment info**

VISA Ending in 5772
Paul Gasly — $13.60
Still processing

| | |
|---|---|
| 1 item | $12.34 |
| Shipping | Free |
| Tax* | $1.26 |

| | |
|---|---|
| Order total | $13.60 |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**View your 5 offers from this order**
Redeem $40 bonus, win $4,000 & more*

View offers
*Terms Apply

| 2794553 |  |
| --- | --- |
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |





## AUXITO LED LIGHT

98.9% positive feedback   31K items sold   1.8K followers

Share   Contact   Save Seller

Categories   Shop   Sale   **About**   Feedback

## About us

AUXITO is AMERICA S LEADING AUTO LED LIGHTING BRAND. Our only focus is on the auto parts, providing high-quality performance products and unparalleled service to our customers. If you re looking LED Headlight Bulbs welcome to our store

Location: **China**
Member since: **Mar 18, 2021**
Seller: **autobus_xl**

## Top Rated Seller

AUXITO LED LIGHT is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more



**Order info**

| | |
|---|---|
| Time placed | Jul 11, 2025 at 5:58 PM |
| Order number | 01-13323-15445 |
| Total | $13.60 (1 item) |
| Sold by | autobus_xl |

**Delivery info**

Arrives Jul 15, 2025 - Jul 19, 2025

Processing — Tracking available — Delivered

**Tracking details**

| | |
|---|---|
| Shipping Service | USPS First Class |
| Carrier | USPS |

**Item info**

4x Cup Holder Liner Insert For Jeep Wrangler JL JLU Gladiator JT Orange trim EXC — $12.34
Item number: 396832283972
Returns accepted through Sep 17, 2025.

**Other actions**

Cancel this order

**Shipping address**

Cameron Lyonne
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

**Payment info**

| VISA Ending in 5772 Paul Gasty | $13.60 Still processing |
|---|---|
| 1 item | $12.34 |
| Shipping | Free |
| Tax* | $1.26 |
| **Order total** | **$13.60** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**View your 5 offers from this order**

Redeem $25 bonus, win $1,000 & more*

Claim now

*Terms Apply









| 2794553 |  |
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |





## About us

AUXITO is committed to providing the highest quality products at the most affordable price for our customers while always providing excellent customer service for all our customers. We strive to continuously develop high quality products to meet the needs of all of our valued customers. Our research and development team continues to make strides in creating new products for our customers.

We want to thank our valued customers for their continued support throughout the years and hope that we will continue to be your preferred brand for all your vehicles lighting needs.

ONLY Official AUXITO products have the promised warranty. Protect yourself: Buy only from AUXITO authorized store on eBay.

Location: **China**
Member since: **Jul 21, 2021**
Seller: **autokingus21**

**Top Rated Seller**



Order details | eBay

vod.ebay.com/vod/FetchOrderDetails?/ViewPaymentStatus...

**Order info**

| | |
|---|---|
| Time placed | Jul 11, 2025 at 6:05 PM |
| Order number | 10-13310-72402 |
| Total | $14.32 (1 item) |
| Sold by | autokingus21 |

**Delivery info**

Arrives Jul 15, 2025 - Jul 18, 2025

Processing — Tracking available — Delivered

**Tracking details**

| | |
|---|---|
| Shipping Service | USPS First Class |
| Carrier | USPS |

**Item info**

Cup Door Holder Liner Inserts For Jeep Wrangler Accessories Gladiator Orange    $12.99
Item number: 226860176415
Returns accepted through Sep 16, 2025.

**Other actions**    Cancel this order

**Shipping address**

Cami Lyonne
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

**Payment info**

VISA  Ending in 5772    $14.32
Paul Gesly    Still processing

| | |
|---|---|
| 1 item | $12.99 |
| Shipping | Free |
| Tax* | $1.33 |
| **Order total** | **$14.32** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

View your 5 offers from this order

Redeem $25 bonus, win $1,000 & more*

Claim now

*Terms Apply

| | |
|---|---|
| 2794553 |  |
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |





**About us**

AUXITO Light Bulb means we are committed to making our automotive led bulbs Trust-able for replacement cars' truck's turn signal light, brake light, fog light, backup reverse light, interior map light, dome light,etc... Customers' satisfaction is our happiest work. So we will try our best to offer you the best product and service as per your requirements, and ship out the goods on time. We pursue you are not only our customers but also our friends. Kindly pls offer suggestions by email to us if we have done not enough or any improvements needed, and if you like our product and service, kindly pls leave positive feedback to give us more confidence and more chances to serve more customers, thanks in advance.

Location: **China**
Member since: **Dec 06, 2018**
Seller: **omni-lamp**

**Top Rated Seller**



Order details | eBay

vod.ebay.com/vod/FetchOrderDetails?/ViewPaymentStatus&purchaseOrderId=08-1331-643584#/

Relaunch to update

Terms Apply

## Order info

| Time placed | Jul 12, 2025 at 4:45 PM |
| Order number | 08-13316-43585 |
| Total | $12.89 (1 item) |
| Sold by | omni-lamp |

## Delivery info

Arrives **Jul 16, 2025 - Jul 19, 2025**

Processing — Tracking available — Delivered

### Tracking details

Shipping Service — Standard Shipping

## Item info

For Jeep Wrangler JL JLU Gladiator JT Liner Accessorie Cup Door Pocket Inserts E        $11.69
**Item number:** 396470944545
Red
Returns accepted through Sep 17, 2025.

## Other actions

Cancel this order

### Shipping address

Samantha Oak
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

### Payment info

VISA Ending in 4686        $12.89
Greer Burns Crain        Still processing

| 1 item | $11.69 |
| Shipping | Free |
| Tax* | $1.20 |
| **Order total** | **$12.89** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

## This order includes 5 offers

**Redeem $40 bonus,** win $4,000 & more*

Claim now

*Terms Apply

| | |
|---|---|
| 2794553 |  |
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |





## AUXITO Performance Parts

99.5% positive feedback    30K items sold    1.8K followers

Categories    Shop    Sale    **About**    Feedback

### About us

Location: **China**
Member since: **Jul 18, 2022**
Seller: **pro_access**

### Top Rated Seller

AUXITO Performance Parts is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more



| 2794553 | |
| --- | --- |
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |





# About us

Location: **China**
Member since: **Jul 18, 2022**
Seller: **auxito_light2**

## Top Rated Seller

auxito_light2 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more



Order details | eBay

vod.ebay.com/vod/FetchOrderDetails?/ViewPaymentStatus...

**Order info**

| Time placed | Jul 11, 2025 at 6:16 PM |
| Order number | 04-13318-81953 |
| Total | $13.60 (1 item) |
| Sold by | auxito_light2 |

**Delivery info**

Arrives Jul 15, 2025 - Jul 19, 2025

Processing —— Tracking available —— Delivered

**Tracking details**

| Shipping Service | USPS First Class |
| Carrier | USPS |

**Item info**

4x Cup Holder Liner Insert For Jeep Wrangler JLU JL Gladiator JT Car Accessories    $12.34
Item number: 236184995505
Returns accepted through Sep 17, 2025.

**Other actions**    Cancel this order

**Shipping address**

Camila Lyonne
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

**Payment info**

| VISA Ending in 5772 Paul Gesly | $13.60 Still processing |
| 1 item | $12.34 |
| Shipping | Free |
| Tax* | $1.26 |
| **Order total** | **$13.60** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**This order includes 5 offers**
Redeem $25 bonus, win $1,000 & more

Claim now

Terms Apply

| 2794553 |  |
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |





## About us

Welcome To Auxito_online , Where Every Customer is The VIP! AUXITO is specialized the most complete LED replacement bulbs for all cars and wide selections of LED lighting accessories such as Fog/Headlight ,Signal Light, and Car Parts & Accessories.

Location: **China**
Member since: **Jun 28, 2022**
Seller: **auxito_online**

**Top Rated Seller**



**Order info**

Time placed — Jul 11, 2025 at 6:21 PM
Order number — 13-13307-11730
Total — $13.60 (1 item)
Sold by — auxito_online

**Delivery info**

Arrives Jul 15, 2025 - Jul 18, 2025

Processing — Tracking available — Delivered

**Tracking details**

Shipping Service — Standard Shipping

**Item info**

Cup Holder Inserts For Jeep Wrangler JL Gladiator JT Door Liner Accessories New — $12.34
Item number: 306385890436
Returns accepted through Aug 17, 2025.

**Other actions**

Cancel this order

**Shipping address**

Camilla Lyonne
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

**Payment info**

VISA Ending in 5772 — $13.60
Paul Gasly — Still processing

1 item — $12.34
Shipping — Free
Tax* — $1.26

Order total — $13.60

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**View your 5 offers from this order**

Redeem $40 bonus, win $1,000 & more*

Claim now

*Terms Apply

| 2794553 |  |
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |





**About us**

AUXITO focuses on automobile lighting and auto parts, creating and selling high-quality products, always considering your driving safety and comfort.

Location: **China**
Member since: **Mar 10, 2023**
Seller: **auxito_store**



| 2794553 |  |
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |





Order details | eBay

vod.ebay.com/vod/FetchOrderDetails?/ViewPaymentStatus...

**Order info**

| | |
|---|---|
| Time placed | Jul 11, 2025 at 6:25 PM |
| Order number | 15-13304-13376 |
| Total | $14.32 (1 item) |
| Sold by | auxito_world |

**Delivery info**

Arrives Jul 15, 2025 - Jul 19, 2025

Processing — Tracking available — Delivered

**Tracking details**

| | |
|---|---|
| Shipping Service | USPS First Class |
| Carrier | USPS |

**Item info**

4X Liner Accessories For Jeep Wrangler JL JLU Gladiator Cup Door Pocket Inserts    $12.99
Item number: 388652192471
Red
Returns accepted through Sep 17, 2025.

**Other actions**

Cancel this order

**Shipping address**

Camille Lyonne
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

**Payment info**

VISA   Ending in 5772    $14.32
Paul Gesly    Still processing

| | |
|---|---|
| 1 item | $12.99 |
| Shipping | Free |
| Tax* | $1.33 |
| **Order total** | **$14.32** |

*We're required by law to collect sales tax and applicable fees on certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**View your 5 offers from this order**
Redeem $40 bonus, win $1,000 & more*

Claim now

*Terms Apply

| 4272873 |  |
| --- | --- |







| 2794553 |  |
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |







| 0526175 1130015 1134153 1236540 2512866 2849309 4091155 | JEEP |
|---|---|
| 3098722 | SRT |
| 2994481 2983053 | MOPAR |
| 4518178 | CHEROKEE |







| 2794553 |  |
|---|---|
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |







# Order details

Printer friendly page

## View your 5 offers from this order
Redeem $30 bonus, win $1,000 & more*

Claim now

*Terms Apply

## Order info

| | |
|---|---|
| Time placed | Jul 13, 2025 at 5:04 AM |
| Order number | 14-13310-02676 |
| Total | $14.32 (1 item) |
| Sold by | bestautoseller_99 |

## Delivery info

Arrives Jul 16, 2025 - Jul 19, 2025

Processing —— Tracking available —— Delivered

### Tracking details

| | |
|---|---|
| Shipping Service | USPS First Class |
| Carrier | USPS |

## Item info

4x Cup Holder Liner Insert For Jeep Wrangler JL JLU Gladiator JT Car Accessories    $12.99
Item number: 396808144879
Returns accepted through Sep 17, 2025.

Other actions          Cancel this order

## Shipping address

Shena Oak
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

## Payment info

VISA  Ending in 4686          $14.32
Greer Burns Crain     Still processing

| | |
|---|---|
| 1 item | $12.99 |
| Shipping | Free |
| Tax* | $1.33 |
| **Order total** | **$14.32** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**Explore this store**
Shop store on eBay→

?

| 2919922 |  |
|---|---|
| 383304 | |
| 2994481 2983053 | MOPAR |







Order details     🖶 Printer friendly page

**Order info**

| | |
|---|---|
| Time placed | Jun 6, 2025 at 7:12 PM |
| Order number | 18-13161-44978 |
| Total | $54.89 (1 item) |
| Sold by | bestpartsok |

**Delivery info**

Arrives Jun 10, 2025 - Jun 14, 2025

Processing     Tracking available     Delivered

**Tracking details**

Shipping Service    Standard Shipping

**Item info**

2019 2022 Ram 2500 3500 4500 5500 Factory Mopar Diesel Fuel and Oil Filter Set    $49.79

Item number: 197396806691

Returns accepted through Jul 14, 2025.

**Shipping address**

Clora Crawford
200 W Madison St, Ste 2100
chicago, Illinois 60606-3521
United States

**Payment info**

| VISA Ending in 0525 | $54.89 |
|---|---|
| Juan Garcia | Still processing |

| 1 item | $49.79 |
|---|---|
| Shipping | Free |
| Tax* | $5.10 |

| Order total | $54.89 |
|---|---|

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

How do you like our order details page? Tell us what you think

**Other actions**    Cancel this order

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

| 2919922 |  |
|---|---|
| 383304 | |
| 0526175 1130015 1134153 1236540 2512866 2849309 4091155 | JEEP |
| 3098722 | SRT |
| 3806969 | RAM |
| 1189233 | DODGE |
| 570186 | CHRYSLER |
| 2994481 2983053 | MOPAR |









# Order details

🖶 Printer friendly page

## Order info

| | |
|---|---|
| Time placed | Jun 13, 2025 at 2:36 AM |
| Order number | 20-13184-15870 |
| Total | $54.01 (1 item) |
| Sold by | bodatb |

## Delivery info

Arrives **Jun 17, 2025 - Jun 21, 2025**

Processing ———— Tracking available ———— Delivered

### Tracking details

| | |
|---|---|
| Shipping Service | USPS First Class |
| Carrier | USPS |

### Item info

OE For 2013-18 Dodge Ram 2500 3500 4500 6.7L Oil Filter Fuel Filter Kit US    **$48.99**
**Item number:** 314871742717
Returns accepted through Aug 20, 2025.

## Other actions

Cancel this order

## Shipping address

Lili Crawford
200 W Madison St, Ste 2100
chicago, Illinois 60606-3521
United States

## Payment info

| VISA Ending in 0525 Juan Garcia | $54.01 Still processing |
|---|---|
| 1 item | $48.99 |
| Shipping | Free |
| Tax* | $5.02 |
| **Order total** | **$54.01** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think



Mailed from 94080

# USPS GROUND ADVANTAGE

ANDY HO
233 EAST HARRIS AVENUE
SOUTH SAN FRANCISCO CA 94080

RD

LILI CRAWFORD
200 W MADISON ST STE 2100
CHICAGO IL 60606-3521

USPS TRACKING # USPS Ship

| 2919922 |  |
| --- | --- |
| 0526175 1130015 1134153 1236540 2512866 2849309 4091155 | JEEP |
| 3098722 | SRT |









# USPS GROUND ADVANTAGE™

WALCUT
1720 PEACHTREE INDUSTRIAL BLVD
BUFORD GA 30518

RDC



ANITA CRAWFORD
200 W MADISON ST STE 2100
CHICAGO IL 60606

## USPS TRACKING # USPS Ship

| 2823099 | |
| 2764249 | |









M Order confirmed: RH Right Han... ×    Order details | eBay    ×    +

← → C    vod.ebay.com/vod/FetchOrderDetails?transId=10078026915607&itemId=388035759454&qu...    ⚲ ☆    ⚡ | 🗔 | Ⓐ | ⋮

**Order info**

| | | |
|---|---|---|
| | Time placed | Jun 26, 2025 at 9:12 PM |
| | Order number | 07-13255-47002 |
| | Total | $134.27 (1 item) |
| | Sold by | caiyanyantiger |

**Delivery info**    Arrives Jul 7, 2025 - Jul 15, 2025

Paid          Tracking          Delivered
Jun 26        available

**Tracking details**

Shipping       eBay SpeedPAK Standard
Service

**Item info**

RH Right Hand Tail Light Rear Lamp 51953119 68256051AA For    $117.29
Jeep Renegade 2016-21
Item number: 388035759454
Returns accepted through Aug 14, 2025.

Buy again          More actions ˅

**Seller info**    beijing feiyan shangmao youxiangongsi
2 102 1 floor 6 Building 4 Area, Tianjiayuan Doudian Town Fangshan
Beijing 101303
China

**Other actions**    Contact seller    Cancel this order

**Shipping address**

Zoraida Eastgate
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

**Payment info**

| VISA Ending in 6165 | $134.27 |
|---|---|
| Greer Burns Crain Ltd. | Jun 26 at 9:14 PM |

| 1 item | $117.29 |
|---|---|
| Shipping | $4.50 |
| Tax* | $12.48 |
| **Order total** | **$134.27** |

*We're required by law to collect sales tax and
applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**Explore this store**
Shop store on eBay →

$29.00          $49.00

Caltric
7.0M items sold          Sponsored

?

| 3806969 | RAM |
|---|---|







ebay.com/str/carbadges2022?_tab=about

**carbadges2022**

97.2% positive feedback    7.7K items sold    363 followers

Share    Contact    Save Seller

Categories    Shop    Sale    About    Feedback

**About us**

Location: **China**
Member since: **Apr 02, 2022**
Seller: **shaguoqing81912**

**Top Rated Seller**

carbadges2022 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

Do you like our store experience?



Order details | eBay

vod.ebay.com/vod/FetchOrderDetails?/ViewPaymentStatus&purchaseOrderId=25-1317-7851...

# Order details

Printer friendly page

## Order info

| | |
|---|---|
| Time placed | Jun 13, 2025 at 3:07 AM |
| Order number | 25-13177-85172 |
| Total | $50.70 (1 item) |
| Sold by | shaguoqing81912 |

## Delivery info

Arrives **Jun 18, 2025 - Jun 24, 2025**

Processing — Tracking available — Delivered

### Tracking details

Shipping Service — eBay Standard

## Item info

2pcs R-A-M 2500 HEAVY DUTY Door Side Emblems 55372616AB    $39.99
Item number: 385653898668
Returns not accepted

## Other actions

Cancel this order

## Shipping address

Lillie Crawford
200 W Madison St, Ste 2100
chicago, Illinois 60606-3521
United States

## Payment info

VISA  Ending in 0525     $50.70
Juan Garcia    Still processing

| | |
|---|---|
| 1 item | $39.99 |
| Shipping | $6.00 |
| Tax* | $4.71 |
| **Order total** | **$50.70** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

?



USPS GROUND

Rancho Cucamonga CA 91730

LILLIE CRAWFORD
LILLIE CRAWFORD
200 W MADISON ST STE 2100
CHICAGO IL 60606-3521

USPS TRACKING # USPS Ship

4272873











| | |
|---|---|
| 2919922 | ![MOPAR logo] |
| 383304 | **MoPar** |
| 0526175 1130015 1134153 1236540 2512866 2849309 4091155 | JEEP |
| 3806969 | RAM |
| 1189233 | DODGE |
| 570186 | CHRYSLER |
| 2999082 | ![Ram logo] |
| 2994481 2983053 | MOPAR |







# cenyaoo

100% positive feedback   80 items sold   6 followers

⬆ Share    Contact    ♡ Save Seller

Categories   Shop   Sale   **About**   Feedback

## About us

Location: **China**
Member since: **Apr 07, 2025**
Seller: **cenyaoo**

Do you like our store experience? 👍 👎





Sold by cenyaoo

United States

**Delivery info**

Arrives Jul 5, 2025 - Jul 11, 2025

Paid
Jul 1

Tracking available

Delivered

**Payment info**

VISA Ending in 6165
Greer Burns Crain Ltd

$102.52
Jul 1 at 8:21 PM

| | |
|---|---|
| 1 item | $92.99 |
| Shipping | Free |
| Tax* | $9.53 |

**Tracking details**

Shipping Service | USPS Ground Advantage
Carrier | USPS

**Order total** $102.52

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

**Item info**

4pc 53022298AA Engine Multiple Displacement Solenoid For Dodge Ram 1500 5.7L $92.99
Item number: 335973263262
Returns accepted through Aug 10, 2025.

How do you like our order details page?
Tell us what you think

Buy again          More actions ⌄

**View your 5 offers from this order**
Redeem $30 bonus, win $1,000 & more*

View offers

*Terms Apply

**Other actions**    Contact seller    Cancel this order