| 2919922 | MOPAR |
| --- | --- |
| 383304 | **MOPAR** |
| 0526175 1130015 1134153 1236540 2512866 2849309 4091155 | JEEP |
| 3098722 | SRT |
| 3806969 | RAM |
| 1189233 | DODGE |
| 570186 | CHRYSLER |
| 2994481 2983053 | MOPAR |









Order details

Printer friendly page

### Order info

| | |
|---|---|
| Time placed | Jun 13, 2025 at 2:53 AM |
| Order number | 22-13181-63346 |
| Total | $54.34 (1 item) |
| Sold by | cggt3030 |

### Delivery info

Arrives Jun 17, 2025 - Jun 21, 2025

Processing —— Tracking available —— Delivered

### Tracking details

| | |
|---|---|
| Shipping Service | USPS Ground Advantage |
| Carrier | USPS |

### Item info

OE For 2013-18 Dodge Ram 2500 3500 4500 6.7L Oil Filter Fuel Filter Kit    $49.29
Item number: 156383117058
Returns accepted through Aug 20, 2025.

### Other actions

Cancel this order

### Shipping address

Lilli Crawford
200 W Madison St, Ste 2100
chicago, Illinois 60606-3521
United States

### Payment info

VISA  Ending in 0525    $54.34
Juan Garcia    Still processing

| | |
|---|---|
| 1 item | $49.29 |
| Shipping | Free |
| Tax* | $5.06 |
| Order total | $54.34 |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

Explore this store
Shop store on eBay →

$8.99

klend-cartrim
6.4K items sold    Sponsored



usps.com

US POSTAGE

U.S. POSTAGE PAID

Mailed from 94080

## USPS GROUND ADVANTAGE™

ANDY HO
233 EAST HARRIS AVENUE
SOUTH SAN FRANCISCO CA 94080

RDC 04

LILLI CRAWFORD
200 W MADISON ST STE 2100
CHICAGO IL 60606-3521

## USPS TRACKING # USPS Ship

| 383304 | **MOPAR** |
|---|---|
| 2994481 2983053 | MOPAR |







# Order details

Printer friendly page

## Order info

| | |
|---|---|
| Time placed | Jul 8, 2025 at 2:56 AM |
| Order number | 24-13292-13854 |
| Total | $58.10 (1 item) |
| Sold by | starry.li |

## Delivery info

**Arrives Jul 21, 2025 - Jul 24, 2025**

Processing — Tracking available — Delivered

### Tracking details

| Shipping Service | eBay SpeedPAK Standard |
|---|---|

## Item info

For Accessories Dodge Charger MOPAR Black Steel Door Sill Protector Scuff Plat — $49.71
Item number: 396827860313
Returns accepted through Aug 23, 2025.

## Other actions

Cancel this order

## Shipping address

Dorsey Lewis
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

## Payment info

| VISA Ending in 6165 Eartha Lewis | $58.10 Still processing |
|---|---|
| 1 item | $49.71 |
| Shipping | $2.99 |
| Tax* | $5.40 |
| **Order total** | **$58.10** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

| 2919922 |  |
|---|---|
| 383304 | |
| 2994481 2983053 | MOPAR |







Redeem $30 bonus, win $4,000 & more* — *Terms Apply

## Order info

| | |
|---|---|
| Time placed | Jun 24, 2025 at 3:20 AM |
| Order number | 19-13228-24314 |
| Total | $117.15 (1 item) |
| Sold by | clronhorse |

**Shipping address**

Meridith Lewis
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

### Delivery info

Arrives **Jun 27, 2025 - Jul 3, 2025**

Paid — Tracking available — Delivered
Jun 24

**Payment info**

VISA Ending in 4686 — $117.15
greer burns crain ltd — Jun 24 at 3:22 AM

| | |
|---|---|
| 1 item | $111.26 |
| Item discount | -$5.00 |
| Shipping | Free |
| Tax* | $10.89 |
| Order total | $117.15 |

#### Tracking details

| | |
|---|---|
| Shipping Service | USPS Ground Advantage |
| Carrier | USPS |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

### Item info

16pcs Brand New Spark Plugs Set SPLZFR5C11 For 2011-2023 Dodge RAM Jeep 5.7L — $111.26
Item number: 317007110378
Returns accepted through Aug 2, 2025.

Buy again          More actions ⌄

How do you like our order details page? Tell us what you think

### Other actions

Contact seller | Cancel this order

**Explore this store**

Shop store on eBay→

$28.73

leopard-sensor
2.5K items sold          Sponsored

| 2919922 |  |
| 0526175 1130015 1134153 1236540 2512866 2849309 4091155 | JEEP |
| 2994481 2983053 | MOPAR |



4Pcs Engine Multiple Displacem ×    +

← → C    ⟳ ebay.com/itm/388633456628?_trkparms=amclksrc%3DITM%26aid%3D1110006%26algo...    ⚥ ☆    🔍 ☆    🗗    ⟲    L    ⋮

Gallery (1 of 5)    ×





cyadence

100% positive feedback    223 items sold    17 followers

⏶ Share    🗐 Contact    ♡ Save Seller

☰ Categories    Shop    Sale    **About**    Feedback

## About us

Location: **China**
Member since: **Feb 21, 2025**
Seller: **cyadence**

## Top Rated Seller

cyadence is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

Do you like our store experience? 🖒 🖓



Order confirmed: 4Pcs Engine × | Order details | eBay × | +

vod.ebay.com/vod/FetchOrderDetails?transId=10072881845825&itemId=388633456628...

Hi! (Sign in)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

Shop by category ⌄   Search for anything   All Categories ⌄   Search   Advanced

# Order details

🖨 Printer friendly page

### View your 5 offers from this order
Redeem $30 bonus, win $4,000 & more*

**Claim now**

*Terms Apply

## Order info

| | |
|---|---|
| Time placed | Jul 1, 2025 at 8:13 PM |
| Order number | 25-13251-80583 |
| Total | $113.45 (1 item) |
| Sold by | cyadence |

**Delivery info**

Arrives Jul 5, 2025 - Jul 11, 2025

✓ Paid — Tracking available — Delivered
Jul 1

**Tracking details**

| Shipping Service | USPS Ground Advantage |
|---|---|
| Carrier | USPS |

**Item info**

## Shipping address

Yulanda Orren
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

## Payment info

| VISA | Ending in 6165 Greer Burns Crain Ltd | $113.45 Jul 1 at 8:15 PM |
|---|---|---|

| 1 item | $102.90 |
|---|---|
| Shipping | Free |
| Tax* | $10.55 |
| **Order total** | **$113.45** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more   ?



**Delivery info**

Arrives **Jul 5, 2025 - Jul 11, 2025**

● — ○ — ○
**Paid**      Tracking      Delivered
Jul 1      available

**Tracking details**

| | |
|---|---|
| Shipping Service | USPS Ground Advantage |
| Carrier | USPS |

**Item info**

4Pcs Engine Multiple Displacement Solenoid 53022298AA     **$102.90**
For 10-21 Dodge Ram 1500
**Item number:** 388633456628
Returns accepted through Aug 10, 2025.

Buy again                      More actions ⌄

**Other actions**        Contact seller | Cancel this order

**Payment info**

| VISA | Ending in 6165 Greer Burns Crain Ltd | **$113.45** Jul 1 at 8:15 PM |
|---|---|---|

| | |
|---|---|
| 1 item | $102.90 |
| Shipping | Free |
| Tax* | $10.55 |

**Order total**      **$113.45**

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**This order includes 5 offers**

Redeem **$25 bonus**, win $1,000 & more*

View offers

*Terms Apply

**More great picks from this seller**
Sponsored

| 2919922 |  |
|---|---|
| 2994481 2983053 | MOPAR |







Order details | eBay

vod.ebay.com/vod/FetchOrderDetails?/ViewPaymentStatus&purchaseOrderId=01-1320-9377...

**Order info**

| | | |
|---|---|---|
| Time placed | Jun 13, 2025 at 3:04 AM |
| Order number | 01-13209-37791 |
| Total | $22.04 (1 item) |
| Sold by | dabaobei-08 |

**Delivery info**

Arrives **Jun 16, 2025 - Jun 20, 2025**

Processing —— Tracking available —— Delivered

**Tracking details**

Shipping Service          Economy Shipping

**Item info**

Genuine Mopar Fuel Filter OEM 68197867AB For 13-17 Dodge 2500/3500/4500/5500 6.7          $19.99
Item number: 387995979569
Returns accepted through Jul 20, 2025.

**Other actions**          Cancel this order

**Shipping address**

Lilliana Crawford
200 W Madison St, Ste 2100
chicago, Illinois 60606-3521
United States

**Payment info**

VISA  Ending in 0525          $22.04
Juan Garcia                   Still processing

| | |
|---|---|
| 1 item | $19.99 |
| Shipping | Free |
| Tax* | $2.05 |

**Order total**          **$22.04**

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

?

4272873









| 2794553 | |
|---|---|
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |





eco-auxito | eBay Stores

ebay.com/usr/eco-auxito

Hi Adley! ⌄    Daily Deals    Brand Outlet    Gift Cards    Help & Contact              Sell    Watchlist ⌄    My eBay ⌄

eBay    Shop by category ⌄    Q Search for anything    All Categories ⌄    Search    Advanced

**AUXITO is specialized the most complete LED replacement bulbs for all cars, SUVs or trucks . We carry all types of LED Products, such as...**

Learn more

### eco-auxito

99.5% positive feedback    93K items sold    3.3K followers

Share    Contact    Save Seller

Categories    Shop    Sale    About    Feedback

## About us

AUXITO is specialized the most complete LED replacement bulbs for all cars, SUVs or trucks . We carry all types of LED Products, such as 921, 194, 7440, 7443, 3157, 4157NA,9006, 9005, H11 H13 9007 etc.We will always take our responsibility for your Satisfaction!

Location: **China**
Member since: **Jun 01, 2017**
Seller: **eco-auxito**

**Top Rated Seller**





**Order details | eBay**

vod.ebay.com/vod/FetchOrderDetails?/ViewPaymentStatus&purchaseOrderId=10-1331-0909...

United States

Sold by    eco-auxito

**Delivery info**

Arrives Jul 15, 2025 - Jul 19, 2025

Processing ———— Tracking available ———— Delivered

**Tracking details**

| Shipping Service | USPS First Class |
| Carrier | USPS |

**Item info**

For Jeep Wrangler JL JLU Gladiator JT Liner Holder Cup Door Pocket Inserts 18-22    $12.99
Item number: 286684387108
Red
Returns accepted through Sep 17, 2025.

**Other actions**    Cancel this order

**Payment info**

VISA  Ending in 6165    $14.32
Greer Burns Crain Ltd.    Still processing

| 1 item | $12.99 |
| Shipping | Free |
| Tax* | $1.33 |

**Order total**    $14.32

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**This order includes 5 offers**

Redeem $30 bonus, win $4,000 & more*

**Claim now**
*Terms Apply

2919922







## About us

Feiteplus is established in 2014 .We focus on the Motorcycle parts, ATVs parts, Go Karts parts, Dirt Bikes parts pocket bike parts, Moped scooter parts.We can only guarantee the high quality of products sold by Feiteplus.We do appreciate that the transaction between us ,and we do believe that you are one of the best sellers on Feiteplus Store.

If you have any question , Please contact us firstly by email , we will follow your case until solved .

Location: **China**
Member since: **Dec 07, 2022**
Seller: **feiteplus-us**



Order details | eBay

vod.ebay.com/vod/FetchOrderDetails?/ViewPaymentStatus&purchaseOrderId=25-1307-937...

**Order info**

| | | |
|---|---|---|
| Time placed | May 19, 2025 at 7:56 PM |
| Order number | 25-13079-37017 |
| Total | $13.22 (1 item) |
| Sold by | feiteplus-us |

**Delivery info**

Arrives May 23, 2025 - May 29, 2025

Processing — Tracking available — Delivered

**Tracking details**

Shipping Service     eBay Standard

**Item info**

Engine Oil Filter 68507598AA For Jeep Ram 3.0L V6 Eco Diesel Ram 1500 2020-2021     $11.99
Item number: 155440851534
Returns accepted through Jun 28, 2025.

**Other actions**

Cancel this order

**Shipping address**

Terica Eastgate
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

**Payment info**

VISA Ending in 6165     $13.22
Greer Burns Crain Ltd.     Still processing

| | |
|---|---|
| 1 item | $11.99 |
| Shipping | Free |
| Tax* | $1.23 |
| **Order total** | **$13.22** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities.
Learn more

How do you like our order details page?
Tell us what you think

**This order includes 5 offers**
Claim $40 bonus, win $4,000 & more'

**Claim now**

Terms Apply



| 2919922 |  |
|---|---|
| 383304 | |
| 3098722 | SRT |
| 3806969 | RAM |
| 1189233 | DODGE |
| 570186 | CHRYSLER |
| 2999082 | |
| 2994481 2983053 | MOPAR |







# gajan-auto

98.8% positive feedback    720 items sold    42 followers

Share    Contact    Save Seller

Categories    Shop    Sale    **About**    Feedback

## About us

Location: **China**
Member since: **Dec 20, 2023**
Seller: **gajan-auto**

## Top Rated Seller

gajan-auto is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

Do you like our store experience?



**Order details**

Printer friendly page

## Order info

| | |
|---|---|
| Time placed | Jun 7, 2025 at 5:28 AM |
| Order number | 27-13151-00319 |
| Total | $24.80 (1 item) |
| Sold by | gajan-auto |

## Delivery info

Arrives **Jun 11, 2025 - Jun 14, 2025**

Paid
Jun 7

Tracking available

Delivered

### Tracking details

Shipping Service — Standard Shipping

## Item info

6x Spark Plug Gasket Mopar 5184778AB 3.6L Oem NEW US STOCK — **$22.49**

**Item number:** 316925614330

Returns accepted through Jul 14, 2025.

Buy again

More actions ⌄

## Seller info

weifangjiulitongdaqichepeijianyouxiangongsi
zonghebaoshuiquchuangxinchuangyezhongxinerlou79-165hao
weifang, 山东省 261041
China

## Other actions

Contact seller | Cancel this order

## Shipping address

Colby Lewis
200 W Madison St, Ste 2100
Chicago, Illinois 60606-3521
United States

## Payment info

VISA Ending in 4686
greer burns crain ltd — $24.80
Jun 7 at 5:30 AM

| | |
|---|---|
| 1 item | $22.49 |
| Shipping | Free |
| Tax* | $2.31 |
| **Order total** | **$24.80** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

How do you like our order details page?
Tell us what you think

| 4272873 |  |
|---|---|







| 2823099 | |
|---|---|
| 2764249 | |







| 2823099 | |
| --- | --- |
| 2764249 | |





**Store Information**

Business Name
Shanghaimantedianzishangwu Co., Ltd.

Address
Building 2, No. 268, Qinggong Road, Fengxian District, Shanghai
Fengxian District
201400
Shanghai, Shanghai
China

Note
If you have any inquiries, you may contact this store through the direct chat function.



Receipt

← → C  temu.com/bgt_order_receipt.html?parent_order_sn=PO-2...

No import charges
For local warehouse items | Free returns Up to 90 days* | Get the Temu App | Start Selling to Millions of Buyers on Temu  Join Now >

TEMU | Best-Selling Items | 5-Star Rated | Local Warehouse | Categories ✓ | trolls band together | Hello, Ab***62 Orders & Account | Support | English

Your reviews
Your profile
Coupons & offers
Credit balance
Followed stores
Browsing history
Addresses
Country/Region & Language
Your payment methods
Account security
Permissions
Notifications

TEMU

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

Order summary

Order ID: PO-211-21601181455991695
Order time: Jun 12, 2025
Item(s) total: $164.53
Shipping: FREE
Sales tax: $16.86

Order total: $181.39

Shipping address
Delphia Crawford +1 (312)358-0016 , 200 W Madison St, suite 2100 F146, CHICAGO, IL 60606-3414, United States

Payment method
Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA  Visa ...0525 | $181.39

Billing address: Nick Barrett +1 (312)358-0016, 200 W Madison St, suite 2100 D59, CHICAGO, IL 60606-3414, United States

Item details (1)

Front Upper Grille W/Trim Ring Molding For Jee... | $164.53
Black | ×1

By carlights

| 2823099 |  |
| --- | --- |
| 2764249 | |







**Receipt**

temu.com/bgt_order_receipt.html?parent_order_sn=PO-2...

No import charges
For local warehouse items

Free returns
Up to 90 days*

Get the Temu App

Start Selling to Millions of
Buyers on Temu

Best-Selling Items • 5-Star Rated • Local Warehouse • Categories ∨

swimsuits women tankini

Hello, Ab***62
Orders & Account

Support • English

- Your reviews
- Your profile
- Coupons & offers
- Credit balance
- Followed stores
- Browsing history
- Addresses
- Country/Region & Language
- Your payment methods
- Account security
- Permissions
- Notifications

**TEMU**

To prevent excess packaging waste, we do not include paper receipts. However, you can always print one out for your records.

**Order summary**

| | |
|---|---|
| Order ID: | PO-211-21601277686391695 |
| Order time: | Jun 12, 2025 |
| Item(s) total: | $133.58 |
| Shipping: | FREE |
| Sales tax: | $13.69 |
| Order total: | **$147.27** |

**Shipping address**
Delphine Crawford +1 (312)358-0016 , 200 W Madison St, suite 2100 F147, CHICAGO, IL 60606-3414, United States

**Payment method**
Temu is committed to protecting your payment information. We follow PCI DSS standards, use strong encryption, and perform regular reviews of its system to protect your privacy.

VISA  Visa ...0525                                                            $147.27

Billing address: Nick Barrett +1 (312)358-0016, 200 W Madison St, suite 2100 D59, CHICAGO, IL 60606-3414, United States

**Item details (1)**

Bumper Grille For 2022-2023 Jeep Compass, Fro...        $133.58
Black + Silvery                                         ×1

By FUNKL



| 3098722 | SRT |
|---|---|







| 0526175 1130015 1134153 1236540<br>2512866 2849309 4091155 | JEEP |
|---|---|
| 2794553 |  |
| 4043984 |  |
| 2823099 |  |
| 2764249 |  |
| 2924936 |  |







| 0526175 1130015 1134153 1236540 2512866 2849309 4091155 | JEEP |
|---|---|











**Jun 21, 2025 order** | Order# 2000134-74863905

Print | Have an issue with your order? Get help

Delivery
**Arrives by Tue, Jul 01**

Sold and shipped by **DANTA COMPANY LIMITED**

Placed — Preparing — On the way — Delivered

**1 item**

Chic Jeep Lover T-Shirt, Floral Graphic Tee, Ideal for Casual Days, Gifts for Her, Perfect for Outdoor... **$19.99**
Actual Color: Navy
Clothing Size: S
Qty 1

Contact seller to ask about your order

Remove item

Delivery

**Address** Edit
Danille Russell
200 W Madison St, Ste 2100, Chicago, IL 60606

**Delivery instructions** ∧
Apartment
⊘ We'll leave your order at the door

**Payment method** Edit
VISA Ending in 5772

**Subtotal** $19.99

Tax $2.05

**Total** **$22.04**

**Charge history**
Your transaction activity for this order ›

Order# 2000134-74863905

Cancel order



## USPS GROUND ADVANTAG

LENFUL FULFILLMENT
20527 FM 1093 UNIT A1
RICHMOND TX 77407

(1)

DANILLE RUSSELL
200 W MADISON ST, STE 2100
CHICAGO IL 60606

## USPS TRACKING # USPS Ship

| 2794553 |  |
|---------|---------------------|
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |







Jul 12, 2025 order | Order# 2000135-25608641

Print | Have an issue with your order? Get help

Delivery
Arrives by Thu, Jul 24

Sold and shipped by dongguanshilingxiao

Placed — Preparing — On the way — Delivered

1 item

FREEAMG Cup Holder Insert Coasters Interior Drink Mat Pad, with 2018-2024 JL/JLU and 2020-... **$40.06**
Qty 1

Contact seller to ask about your order

Remove item

Delivery

**Address** Edit
Dre Garcia
200 W Madison St, Ste 2100, Chicago, IL 60606

**Payment method** Edit
VISA Ending in 0525

**Subtotal** $40.06

Tax $4.11

**Total** **$44.17**

**Charge history** >
Your transaction activity for this order

Order# 2000135-25608641

Cancel order

| 0526175 1130015 1134153 1236540 2512866 2849309 4091155 | JEEP |
|---|---|





**About Earth Tones**

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

🏛 shamenkabuyiqixinnengyuankejiyouxiangongsi

📍 Unit H, 431, 4th Floor, Building C, Xiamen International Shipping Center, Huli District, Xiamen City, Xiamen, FJ 361011

✉ Contact seller | 📞 (++86) 18205942341

Close



| 0526175 1130015 1134153 1236540 2512866 2849309 4091155 | JEEP |
| --- | --- |
| 2794553 |  |
| 4043984 |  |
| 2823099 |  |
| 2764249 |  |
| 2924936 |  |







| | |
|---|---|
| 2794553 |  |
| 4043984 | |
| 2823099 | |
| 2764249 | |
| 2924936 | |







| 3098722 | SRT |
|----------|-----|





huhuhaha

⊙ YingZeQuMiaoQianJieDaoShuiXiGuanJie19HaoGuoMaoDa
ShaErCeng202Shi
TaiYuanShi, SX 030000, CN

✉ Contact seller | ☏ (++86) 18064495094

Seller Reviews
☆☆☆☆☆
No reviews yet

About the Store                              View more

🗄 Business Name: taiyuanshixuyanhushangmaoyouxiangongsi

**About huhuhaha**                                        ✕

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

🗄 taiyuanshixuyanhushangmaoyouxiangongsi

⊙ YingZeQuMiaoQianJieDaoShuiXiGuanJie19HaoGuoMaoDaShaErCeng202Shi, TaiYuanShi, SX
030000

✉ Contact seller | ☏ (++86) 18064495094

                                                        Close





Delivery instructions

Apartment, D4

⊘ We'll leave your order at the door

Payment method                    Edit

VISA  Ending in 6165

Subtotal                          $21.48

Shipping                          $6.99
Tax                               $2.92

Total                          **$31.39**

**Charge history**
Your transaction activity for this
order                               >

Order# 2000133-77510516

Cancel order

| 2794553 |  |
|---|---|
| 2823099 | |
| 2764249 | |
| 2924936 | |





