**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FCA US LLC,<br><br>   Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>   Defendants. | Case No. 25-cv-09562<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Daniel P. McLaughlin** |

**SEALED TEMPORARY RESTRAINING ORDER**

Plaintiff FCA US LLC ("Plaintiff" or "FCA") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order and Other Relief (the "Motion") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion in part as follows.

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

1

Plaintiff's federally registered trademarks (the "FCA Trademarks") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the FCA Trademarks. *See* Docket No. [16], which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the FCA Trademarks. A list of the FCA Trademarks is included in the below chart.

| Registration Number | Trademark |
|---|---|
| 570186 | CHRYSLER |
| 1193586 | PLYMOUTH |
| 2861480 | 300C |
| 3941344 | (Chrysler wings logo) |
| 801717 | (Pentastar logo) |
| 1189233 | DODGE |
| 3538635 | CHALLENGER |
| 2985653 | CHARGER |
| 1800654 | VIPER |
| 4325240 | DART |
| 5839879 | SCAT PACK |
| 3264572 | SUPER BEE |
| 3098722 | SRT |
| 3209150 | R/T |
| 2999082 | (Ram's head logo) |
| 5382204 | (Demon logo) |

| | |
|---|---|
| 4831385 | |
| 4696903 | |
| 3264573 | |
| 2760226 | |
| 2994818 | |
| 3053379 | |
| 1741153 3018766 | HEMI |
| 2994481 2983053 | MOPAR |
| 383304 | MOPAR |
| 2919922 | |
| 3806969 | RAM |
| 3071692 | BIG HORN |
| 1973148 | LARAMIE |
| 4946811 | REBEL |
| 6289815 | TRX |

| Number | Image/Text |
|---|---|
| 3160030 | (grille design) |
| 2970629 | (grille design) |
| 2593670 | (grille design) |
| 0526175<br>1130015<br>1134153<br>1236540<br>2512866<br>2849309<br>4091155 | JEEP |
| 1557843 | WRANGLER |
| 4518178 | CHEROKEE |
| 1415771 | RENEGADE |
| 2666854 | RUBICON |
| 6992182 | J🐾🐾🐾p |
| 4272873 | (Jeep silhouette) |
| 2975740 | TRAIL RATED 4x4 |
| 1170088 | (grille design) |
| 3199299 | (grille design) |
| 4043984 | (grille design) |

| | |
|---|---|
| 2924936 | |
| 2794553 | |
| 1433760 2732021 | |
| 2823099 | |
| 2764249 | |

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declaration of Thomas H. Hipelius [14] and the Declaration of Justin R. Gaudio [13] in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

   a. using the FCA Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising,

offering for sale, or sale of any product that is not a genuine FCA product or not authorized by Plaintiff to be sold in connection with the FCA Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine FCA product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the FCA Trademarks;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the FCA Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Plaintiff is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying

    information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

  c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon.com, Inc. ("Amazon"), eBay, Inc. ("eBay"), PayPal, Inc. ("PayPal"), WhaleCo Inc. ("Temu") and Walmart, Inc. ("Walmart"), or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

Plaintiff is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within five (5) business days of being served via e-mail.

4. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Amazon, eBay, PayPal, Temu and Walmart (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, the Third Party Providers, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the FCA Trademarks.

6. Any Third Party Providers shall, within seven (7) calendar days of receipt of this Order:

a. locate all accounts and funds connected to Defendants' Seller Aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule

A hereto, the e-mail addresses identified in Exhibits to the Declaration of Thomas H. Hipelius, and any e-mail addresses provided for Defendants by third parties; and

b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Plaintiff may provide notice of the proceedings in this case to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with an attachment of the relevant documents and a link to said website to an e-mail address for each Defendant. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Plaintiff must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

9. Schedule A to the Complaint [2], Exhibits to the Declaration of Thomas H. Hipelius [16], and this Order shall remain sealed until further order by this Court or until the Order expires, whichever occurs earlier.

10. Within seven (7) calendar days of entry of this Order, Plaintiff shall deposit with the Court seventy-seven thousand dollars ($77,000) ($1,000 per Defendant), either cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed

adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

11. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

12. This Temporary Restraining Order without notice is entered at 12:00 P.M. on this 18th day of August, 2025 and shall remain in effect for fourteen (14) calendar days.

_____
Jorge L. Alonso
United States District Judge

FCA US LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 25-cv-09562

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | amazon.com/sp?seller=A1NLCJZPP4KK19 | aoligei auto |
| 2 | amazon.com/sp?seller=A12TITHB2K7V4W | B.ZSSY AUTO |
| 3 | amazon.com/sp?seller=AGDRAPA3FRXMS | Bottlenose Dolphin |
| 4 | amazon.com/sp?seller=A1UNPB4EJMLZMG | ChenWangSheng-us |
| 5 | amazon.com/sp?seller=A2HL7RW5C4IZ57 | Custom Size Wall Murals |
| 6 | amazon.com/sp?seller=AI0P4XXCG5RFG | Damao autostore |
| 7 | amazon.com/sp?seller=A2LIVE17WDYM3Y | DongGuanShiXiaoYiMaoYiYouXian GongSi |
| 8 | amazon.com/sp?seller=A2XIJOST307J5G | DW-010 |
| 9 | amazon.com/sp?seller=AEPEQXB76O948 | DWKJMYCP |
| 10 | amazon.com/sp?seller=A332ZM18MCZHFO | Haiphong Shop |
| 11 | amazon.com/sp?seller=AY82HFOMTQN7G | hengyangmicushangmaoyouxiangongsi |
| 12 | amazon.com/sp?seller=A1KOFD5XKWZBAG | INTCHE |
| 13 | amazon.com/sp?seller=A2HF7GIYSHS18V | Juoar Puddle Light |
| 14 | amazon.com/sp?seller=A2MT98C20X7T2Y | Lancham |
| 15 | ebay.com/usr/1007mgt | 1007MGT |
| 16 | ebay.com/usr/tcyun123 | 123sex toys |
| 17 | ebay.com/usr/adxh-autoparts | ADXH-autoparts |
| 18 | ebay.com/usr/alonline-autoparts | ALOnline-Autoparts |
| 19 | ebay.com/usr/astsupermotor | astsupermotor |
| 20 | ebay.com/usr/automobile_22 | Automobile_2022 |
| 21 | ebay.com/usr/autopartspavilion | autopartspavilion |
| 22 | ebay.com/usr/autopartsplanet1 | autopartsplanet1 |
| 23 | ebay.com/usr/autopro001 | AutoPro001 |
| 24 | ebay.com/usr/autoprohub001 | autoprohub001 |
| 25 | ebay.com/usr/autoshopler | autoshopler |
| 26 | ebay.com/usr/autohubpro | AutoVirtuoso |
| 27 | ebay.com/usr/aux_partoutlets | Aux_partoutlets |
| 28 | ebay.com/usr/aux_purecarpart | aux_purecarpart |
| 29 | ebay.com/usr/aux_usmotors | aux_usmotors |
| 30 | ebay.com/usr/auxfastway | AuxFastway |
| 31 | ebay.com/usr/super_auto_light | AUXITO |

| | | |
|---|---|---|
| 32 | ebay.com/usr/eoh911 | AUXITO Authorized Store on eBay |
| 33 | ebay.com/usr/autotechemporium | AUXITO auto led bulb |
| 34 | ebay.com/usr/autoaccessshop | AUXITO Auto Parts Store |
| 35 | ebay.com/usr/motorpartauxito | AUXITO BULB |
| 36 | ebay.com/usr/autobus_xl | AUXITO LED LIGHT |
| 37 | ebay.com/usr/zxy_motor | AUXITO Lighting Depot |
| 38 | ebay.com/usr/autokingus21 | AUXITO Offical |
| 39 | ebay.com/usr/omni-lamp | AUXITO official store |
| 40 | ebay.com/usr/pro_access | AUXITO Performance Parts |
| 41 | ebay.com/usr/auxito_light2 | auxito_light2 |
| 42 | ebay.com/usr/auxito_online | AUXITO_online |
| 43 | ebay.com/usr/auxito_store | auxito_store |
| 44 | ebay.com/usr/auxito_world | auxito_world |
| 45 | ebay.com/usr/awxhparts | AWXHparts |
| 46 | ebay.com/usr/axi-auto | Axi_Auto |
| 47 | ebay.com/usr/aygroqwlahgws | aygroqwlahgws |
| 48 | ebay.com/usr/bestautoseller_99 | bestautoseller_99 |
| 49 | ebay.com/usr/bestpartsok | bestpartsok |
| 50 | ebay.com/usr/bodatb | BestPartsStore |
| 51 | ebay.com/usr/bussirupt | Bussipt |
| 52 | ebay.com/usr/caiyanyantiger | caiyanyantiger |
| 53 | ebay.com/usr/shaguoqing81912 | carbadges2022 |
| 54 | ebay.com/usr/carest-parts | carest-parts |
| 55 | ebay.com/usr/cenyaoo | cenyaoo |
| 56 | ebay.com/usr/cggt3030 | CHAOGANG3030 |
| 57 | ebay.com/usr/starry.li | Choose Starry Sky |
| 58 | ebay.com/usr/clronhorse | clronhorse |
| 59 | ebay.com/usr/cyadence | cyadence |
| 60 | ebay.com/usr/dabaobei-08 | dabaobei-08 |
| 61 | ebay.com/usr/dbdb-auto | dbdb-auto |
| 62 | ebay.com/usr/eco-auxito | eco-auxito |
| 63 | ebay.com/usr/feiteplus-us | Feiteplus2098 |
| 64 | ebay.com/usr/gajan-auto | gajan-auto |
| 65 | ebay.com/usr/gd-gdauto | GD-gdAuto |
| 66 | temu.com/m-634418218094448.html | BACKYARD TOOL HOUSE |
| 67 | temu.com/m-634418216852521.html | carlights |
| 68 | temu.com/m-634418214919749.html | FUNKL |
| 69 | walmart.com/seller/102824735 | 102824735 |
| 70 | walmart.com/seller/102822326 | Aether Apparel |
| 71 | walmart.com/seller/102657505 | DANTA COMPANY LIMITED |
| 72 | walmart.com/seller/102884734 | dongguanshilingxiao |

| 73 | walmart.com/seller/102767032 | Earth Tones |
| 74 | walmart.com/seller/102824868 | Flexora Fresh |
| 75 | walmart.com/seller/101226304 | FUSCH |
| 76 | walmart.com/seller/102849013 | huhuhaha |
| 77 | walmart.com/seller/102741619 | ICHTHYOSAUR |