IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FCA US LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AOLIGEI AUTO, et al.,<br><br>        Defendants. | Case No. 25-cv-09562<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Daniel P. McLaughlin** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff FCA US LLC ("Plaintiff" or "FCA") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case, with the exception of Defendant carbadges2022 (Def. No. 53) (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "FCA Trademarks") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defaulting Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the FCA Trademarks. *See* Docket No. [16], which includes screenshot evidence confirming that each Defaulting Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the FCA Trademarks. A list of the FCA Trademarks is included in the below chart.

| Registration Number | Trademark |
|---|---|
| 570186 | CHRYSLER |
| 1193586 | PLYMOUTH |
| 2861480 | 300C |
| 3941344 | [Chrysler wing logo] |
| 801717 | [Pentastar logo] |
| 1189233 | DODGE |
| 3538635 | CHALLENGER |
| 2985653 | CHARGER |
| 1800654 | VIPER |
| 4325240 | DART |

2

| | |
|---|---|
| 5839879 | SCAT PACK |
| 3264572 | SUPER BEE |
| 3098722 | SRT |
| 3209150 | R/T |
| 2999082 | |
| 5382204 | |
| 4831385 | |
| 4696903 | |
| 3264573 | |
| 2760226 | |
| 2994818 | |
| 3053379 | |
| 1741153<br>3018766 | HEMI |
| 2994481<br>2983053 | MOPAR |

| | |
|---|---|
| 383304 | MOPAR |
| 2919922 | (Mopar logo) |
| 3806969 | RAM |
| 3071692 | BIG HORN |
| 1973148 | LARAMIE |
| 4946811 | REBEL |
| 6289815 | TRX |
| 3160030 | (grille design) |
| 2970629 | (grille design) |
| 2593670 | (grille design) |
| 0526175<br>1130015<br>1134153<br>1236540<br>2512866<br>2849309<br>4091155 | JEEP |
| 1557843 | WRANGLER |
| 4518178 | CHEROKEE |
| 1415771 | RENEGADE |
| 2666854 | RUBICON |
| 6992182 | (Jeep paw logo) |
| 4272873 | (Jeep vehicle silhouette) |
| 2975740 | (Trail Rated 4x4 badge) |

| | |
|---|---|
| 1170088 | |
| 3199299 | |
| 4043984 | |
| 2924936 | |
| 2794553 | |
| 1433760 2732021 | |
| 2823099 | |
| 2764249 | |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the FCA Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine FCA product or not authorized by Plaintiff to be sold in connection with the FCA Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine FCA product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the FCA Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the FCA Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defendant Internet Stores, including, without limitation, any online marketplace platforms such as

        Amazon.com, Inc. ("Amazon"), eBay, Inc. ("eBay"), PayPal, Inc. ("PayPal"), WhaleCo Inc. ("Temu"), and Walmart, Inc. ("Walmart") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

        a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the FCA Trademarks; and

        b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the FCA Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine FCA product or not authorized by Plaintiff to be sold in connection with the FCA Trademarks.

3. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the FCA Trademarks.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit FCA Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different Online Marketplace Accounts in the Complaint and Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers, are hereby released to Plaintiff as partial payment of the above-identified damages, and the Third Party Providers are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits to the Declaration of Thomas H. Hipelius and any e-mail addresses provided for Defaulting Defendants by third parties.

This Court, having determined that there is no just reason for delay, orders that this is a Final Judgment against Defaulting Defendants.

Dated: September 30, 2025


_____

Jorge L. Alonso
United States District Judge

FCA US LLC v. aoligei auto, et al. - Case No. 25-cv-09562

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | amazon.com/sp?seller=A1NLCJZPP4KK19 | aoligei auto |
| 2 | amazon.com/sp?seller=A12TITHB2K7V4W | B.ZSSY AUTO |
| 3 | DISMISSED | DISMISSED |
| 4 | amazon.com/sp?seller=A1UNPB4EJMLZMG | ChenWangSheng-us |
| 5 | amazon.com/sp?seller=A2HL7RW5C4IZ57 | Custom Size Wall Murals |
| 6 | amazon.com/sp?seller=AI0P4XXCG5RFG | Damao autostore |
| 7 | DISMISSED | DISMISSED |
| 8 | DISMISSED | DISMISSED |
| 9 | DISMISSED | DISMISSED |
| 10 | amazon.com/sp?seller=A332ZM18MCZHFO | Haiphong Shop |
| 11 | amazon.com/sp?seller=AY82HFOMTQN7G | hengyangmicushangmaoyouxiangongsi |
| 12 | amazon.com/sp?seller=A1KOFD5XKWZBAG | INTCHE |
| 13 | amazon.com/sp?seller=A2HF7GIYSHS18V | Juoar Puddle Light |
| 14 | amazon.com/sp?seller=A2MT98C20X7T2Y | Lancham |
| 15 | DISMISSED | DISMISSED |
| 16 | DISMISSED | DISMISSED |
| 17 | DISMISSED | DISMISSED |
| 18 | DISMISSED | DISMISSED |
| 19 | ebay.com/usr/astsupermotor | astsupermotor |
| 20 | ebay.com/usr/automobile_22 | Automobile_2022 |
| 21 | ebay.com/usr/autopartspavilion | autopartspavilion |
| 22 | ebay.com/usr/autopartsplanet1 | autopartsplanet1 |
| 23 | ebay.com/usr/autopro001 | AutoPro001 |
| 24 | ebay.com/usr/autoprohub001 | autoprohub001 |
| 25 | ebay.com/usr/autoshopler | autoshopler |
| 26 | ebay.com/usr/autohubpro | AutoVirtuoso |
| 27 | ebay.com/usr/aux_partoutlets | Aux_partoutlets |
| 28 | ebay.com/usr/aux_purecarpart | aux_purecarpart |
| 29 | ebay.com/usr/aux_usmotors | aux_usmotors |
| 30 | ebay.com/usr/auxfastway | AuxFastway |
| 31 | ebay.com/usr/super_auto_light | AUXITO |
| 32 | ebay.com/usr/eoh911 | AUXITO Authorized Store on eBay |
| 33 | ebay.com/usr/autotechemporium | AUXITO auto led bulb |

| 34 | EXCEPTED | EXCEPTED |
|---|---|---|
| 35 | ebay.com/usr/motorpartauxito | AUXITO BULB |
| 36 | ebay.com/usr/autobus_xl | AUXITO LED LIGHT |
| 37 | ebay.com/usr/zxy_motor | AUXITO Lighting Depot |
| 38 | ebay.com/usr/autokingus21 | AUXITO Offical |
| 39 | ebay.com/usr/omni-lamp | AUXITO official store |
| 40 | ebay.com/usr/pro_access | AUXITO Performance Parts |
| 41 | ebay.com/usr/auxito_light2 | auxito_light2 |
| 42 | ebay.com/usr/auxito_online | AUXITO_online |
| 43 | ebay.com/usr/auxito_store | auxito_store |
| 44 | ebay.com/usr/auxito_world | auxito_world |
| 45 | DISMISSED | DISMISSED |
| 46 | ebay.com/usr/axi-auto | Axi_Auto |
| 47 | ebay.com/usr/aygroqwlahgws | aygroqwlahgws |
| 48 | ebay.com/usr/bestautoseller_99 | bestautoseller_99 |
| 49 | ebay.com/usr/bestpartsok | bestpartsok |
| 50 | DISMISSED | DISMISSED |
| 51 | ebay.com/usr/bussirupt | Bussipt |
| 52 | ebay.com/usr/caiyanyantiger | caiyanyantiger |
| 53 | EXCEPTED | EXCEPTED |
| 54 | DISMISSED | DISMISSED |
| 55 | ebay.com/usr/cenyaoo | cenyaoo |
| 56 | DISMISSED | DISMISSED |
| 57 | ebay.com/usr/starry.li | Choose Starry Sky |
| 58 | ebay.com/usr/clronhorse | clronhorse |
| 59 | ebay.com/usr/cyadence | cyadence |
| 60 | ebay.com/usr/dabaobei-08 | dabaobei-08 |
| 61 | DISMISSED | DISMISSED |
| 62 | ebay.com/usr/eco-auxito | eco-auxito |
| 63 | ebay.com/usr/feiteplus-us | Feiteplus2098 |
| 64 | ebay.com/usr/gajan-auto | gajan-auto |
| 65 | DISMISSED | DISMISSED |
| 66 | temu.com/m-634418218094448.html | BACKYARD TOOL HOUSE |
| 67 | temu.com/m-634418216852521.html | carlights |
| 68 | DISMISSED | DISMISSED |
| 69 | walmart.com/seller/102824735 | 102824735 |
| 70 | walmart.com/seller/102822326 | Aether Apparel |
| 71 | walmart.com/seller/102657505 | DANTA COMPANY LIMITED |
| 72 | walmart.com/seller/102884734 | dongguanshilingxiao |
| 73 | walmart.com/seller/102767032 | Earth Tones |
| 74 | walmart.com/seller/102824868 | Flexora Fresh |

| 75 | DISMISSED | DISMISSED |
|----|-----------|-----------|
| 76 | walmart.com/seller/102849013 | huhuhaha |
| 77 | walmart.com/seller/102741619 | ICHTHYOSAUR |