IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FCA US LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CHENWANGSHENG-US, et al.,<br><br>    Defendants. | Case No. 25-cv-09562<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Daniel P. McLaughlin** |

**JOINT STATUS REPORT PER MINUTE ORDER [68]**

Pursuant to Minute Order [68], Plaintiff FCA US LLC ("Plaintiff") and Defendants BACKYARD TOOL HOUSE (Def. No. 66) and carlights (Def. No. 68) ("Defendants") submit the following status report.

On October 29, 2025, Plaintiff and Defendants (together, the "Parties") conferred to discuss settlement and a develop a case plan. The Parties are engaged in settlement discussions. Defendants will file a Motion to Dismiss the Complaint and a Motion to Modify the Preliminary Injunction (together, "Defendants' Motions") by November 3, 2025. The Parties propose the following briefing schedule regarding Defendants' Motions:

- Plaintiff's Responses to Defendants' Motions will be due December 4, 2025; and
- Defendants' Replies to Plaintiff's Responses be due December 18, 2025.

The Parties will proceed with fact discovery, which will consist of written discovery and document production, and depositions of fact witnesses. The Parties propose the following discovery schedule:

- Fed. R. Civ. P. 26(a)(1) disclosures shall be exchanged by November 20, 2025;
- Discovery requests shall be issued by December 11, 2025; and

1

- Fact discovery shall be completed by May 14, 2026.

Dated this 3rd day of November 2025.  Respectfully submitted,

/s/ Justin R. Gaudio  
Amy C. Ziegler  
Justin R. Gaudio  
Berel Y. Lakovitsky  
Hannah A. Abes  
Greer, Burns & Crain, Ltd.  
200 West Madison Street, Suite 2100  
Chicago, Illinois 60606  
312.360.0080  
312.360.9315 (facsimile)  
aziegler@gbc.law  
jgaudio@gbc.law  
blakovitsky@gbc.law  
habes@gbc.law  

*Counsel for Plaintiff FCA US LLC*

By: /s/ Baruch S. Gottesman  
Baruch S. Gottesman, Esq.  
New York Bar No. 4480539  
GOTTESMAN LEGAL PLLC  
11 Broadway, Suite 615  
New York, NY 10004  
Phone: (212) 401-6910  
bg@gottesmanlegal.com  

*Counsel For Defendants*  
*BACKYARD TOOL HOUSE and carlights*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of November 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
habes@gbc.law

*Counsel for Plaintiff FCA US LLC*